Austin

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

ss different from item 1? ☐ Yes
livery address below: ☐ No

1. Global Connection
3957 Pleasantdale Road
Atlanta, GA 30340

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

Restricted Delivery? (Extra Fee) ☐ Yes

3:07CV42-MEF (Cmp|Smo 20 dys)
2. Article Number (Copy from service label)
7006 0100 0003 6482 3071

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952