*Correct Copy*

IN THE DISTRICT COURT OF THE UNITED STATES, FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION.

RECEIVED
2007 MAR -9 P 3:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN )
   Plaintiff,      )
V.                 )       3:07-CV-00042-MEF
GLOBAL CONNECTION )
   Defendant,     )

## Rule 56(a) MOTION FOR SUMMARY JUDGEMENT Pursuant to Rule 9(b) Fraud - RICO Allegations

Comes Now, Plaintiff, Alonzo Austin and Moves this honorable Court to Consider the Following with Support thereof.

1. That on November 11, 2005 the defendant, falsely and fraudulently and with intent to defraud the plaintiff, represented to the plaintiff, that if Plaintiff would agree to allow Defendant, to draft Plaintiff, Credit Card Account for monthly Local and Long distance Services Plaintiff would received 100 Long Distance minutes Free for doing so..

II

2. Those representations were false in fact and known to be false by the defendant, at the time they were so made, and in truth and in fact the only Long distance minutes received by plaintiff, were the Long distance minutes paid for by Plaintiff.

3. Plaintiff, relied upon the representations and was thereby induced. The defendant, did draft plaintiff, Credit Card for the months of November 2005 and December 2005 with Plaintiffs, consent. However, defendant, did not provide the 100 Free Long Distance Minutes as promised and after daily and weekly demands by Plaintiff of defendant to add said minutes to the Long distance account with out success. Plaintiff informed Defendant of the pending Termination on January 6, 2006. because Defedant, failure to provide the 100 Free Long distance Minutes as promised which resulted in the damages demanded. Moreover Defendant ignored Termination Notice and acted intentionally, Willfully, Wantonly and Maliciously, For profit and without Just Cause, When plaintiff account was drafted on 1/06/2006 For $46.99. See Exhibit A Attached

III.

4. That Defendant executed this scheme to defraud by causing matters to be mailed and delivered by the UNITED STATES Postal Service Namely the monthly bill, thus the Defendant committed acts of mail fraud, indictable under 18 U.S.C. § 1341. Defendant also caused Sounds to be transmitted by means of Wire Communications in interstate commerce resulting in wire fraud indictable under 18 U.S.C. § 1343 to plaintiff Credit Card Issuer. For monthly payments. And finally A check was mailed from Defendant to plaintiff in the amounts $21.99 on 1/12/06 with no explanation. See attached as exhibit "B" #1257

5. That Defendants actions Constitutes "Racketeering Activity" within the meaning of 18 U.S.C. § 1961(1) and all of which collectively constituted part of a "pattern of Racketeering Activity" within the meaning of 18 U.S.C. § 1961(5).

WHEREFORE, Plaintiff, Alonzo Austin, demands damages of $166.91 actual and $30,000.00 in Exemplary Damages, Plus interest and cost, against Defendant.

Respectfully Submitted,
Alonzo Austin, Pro Se

IV

## CERTIFICATE OF SERVICE

I Alonzo Austin, hereby Certify that I have Served Copies of the Foregoing Documents upon the Defendants by Placing Same in the UNITED STATES Mail Postage prepaid on this 9th day of March 2007 and Addressed to

GLOBAL CONNECTION INC. OF AMERICA
c/o MCKOON, THOMAS & MCKOON
925 Broad Street
P.O. Box 3220
Phenix City, AL. 36868-3220

Alonzo Austin
Alonzo Austin, Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
(334) 727-5476

| Account Number | Credit Line | | | | |
|---|---|---|---|---|---|
| 5490 9916 1669 9100 | $31,700.00 | $31,700.00 | 30 | 02/06/06 | 03/02/06 |

**FEBRUARY 2006 STATEMENT**

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 01/18 | | 4267 | MC | | PAYMENT - ELECTRONIC | | 1,750.00 CR |
| PURCHASES AND ADJUSTMENTS | | | | | | | |
| 01/09 | 01/06 | 4977 | MC | C | GLOBAL CONNECTION INC/ ATLANTA GA | 46.99 | |
| 01/09 | 01/06 | 0108 | MC | C | FREEDOM COMMUNICATIONS 615-2292133 TN | 70.38 | |
| 01/10 | 01/09 | 2289 | MC | C | WAL-MART #0356 SE2 AUBURN AL | 47.24 | |
| 01/10 | 01/09 | 2769 | MC | C | AMP ACORN MEDIA PUBLIN 888-870-8047 MD | 52.95 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 01/08/2006 THROUGH 02/06/2006 | $217.56 | $1,750.00 CR |

*Exhibit A-1*

**IMPORTANT NEWS**

ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER.

LOOKING TO SAVE ON YOUR AUTO LOAN? WHETHER IT'S A NEW LOAN OR REFINANCING AN EXISTING ONE, VISIT WWW.MBNA.COM/LOANS TO SEE HOW YOU COULD SAVE!

NEED THE PERFECT GIFT FOR YOUR VALUED EMPLOYEES, RESPECTED COLLEAGUES, OR CLOSE FRIENDS? FIND GIFT CARDS FOR EVERY OCCASION AT WWW.MBNAGIFTCARD.COM.

CREDIT BALANCE PLEASE DO NOT PAY

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $1,452.76 | $1,750.00 | $0.00 | $217.56 | $0.00 | $0.00 | $79.68 CR |

**TOTAL MINIMUM PAYMENT DUE**

Past Due Amount .......... $0.00
Current Payment .......... $0.00
Total Minimum Payment Due .......... $0.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.024630% DLY * | 8.99% | $0.00 |
| B. ATM, BANK | 0.069150% DLY * | 25.24% | $0.00 |
| C. PURCHASES | 0.069150% DLY * | 25.24% | $0.00 |

* Periodic Rate May Vary

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-6685.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15287, WILMINGTON, DE 19886-5287.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

*FOR THIS BILLING PERIOD:*
**ANNUAL PERCENTAGE RATE..........SEE ABOVE**

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

690-501   USE011   5490 9916 1669 9100   6257 517 Y 6YK 0309 1300 00   PAGE 1 OF 1

