IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
|    Defendant. | ) |

**<u>ORDER</u>**

Upon of review of the *Rule 56(a) Motion for Summary Judgment Pursuant to Rule 9(b) Fraud-Rico Allegations*, filed by Plaintiff Alonzo Austin (Doc. 7, filed March 9, 2007), it is hereby

**ORDERED** that the motion be submitted without oral argument on **April 16, 2007.**

It is further **ORDERED** that the defendant file a response which shall include a brief and evidentiary materials on or before **April 9, 2007**. Plaintiff may file a reply brief on or before **April 16, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 19th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE