IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN,
   Plaintiff,
V.                                  Case No. 3:07-CV-0042-MEF
GLOBAL CONNECTION,
   Defendant,

**PLAINTIFF, OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE, TO DENY PLAINTIFF, MOTION FOR SUMMARY JUDGEMENT.**

And in support thereof offers the following.

1. Defendant Global Connection's, Response to plaintiff's Motion for Summary Judgement (Doc 10, Filed April 9, 2007) has not been Served upon plaintiff, via (Certificate of Service) per Rule.

2. That the Defendant Global Connection, has had this happen before reference Docket #4 Answer "NOTICE OF CORRECTION" attached as Exhibit "A" date February 7, 2007.

3. That Defendant Global Connection, be ordered to Served plaintiff with its Response, filed on April 9, 2007 via Certified Mail with a return receipt. and that Plaintiff be given 7 days from date of

1

receipt of Same to respond to Defendont's Global Connection's, response to plaintiff's motion for Summary Judgement, as was given per court order, Done on 19th day of March, 07.

Respectfully, Submitted,
Alonzo Austin, pro se
Alonzo Austin, pro se
ALONZO AUSTIN
1321 Oliver-Carlis Rd
Tuskegee, AL. 36083
Ph#(334) 727-5476

## CERTIFICATE OF SERVICE

I ALONZO AUSTIN, hereby Certify that I have Served Copies of the foregoing documents upon Defendont Global Connection, by placing Same in the UNITED STATES MAIL, postage prepaid on this 26th day of April 2007 and addressed to:

GLOBAL CONNECTION INC. OF AMERICA
C/O MCKOON, THOMAS & MCKOON
925 Broad Street
P.O. Box 3220
Phenix City, AL. 36868-3220

By, Alonzo Austin, pro se
Alonzo Austin
1321 Oliver-Carlis Rd
Tuskegee, AL. 36083
Ph#(334) 727-5476

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                3 of 3      TELEPHONE (334) 954-3600

February 7, 2007

Exhibit "A"

## NOTICE OF CORRECTION

| | |
|---|---|
| From: | Clerk's Office |
| Case Style: | Alonzo Austin v. Global Connection |
| Case Number: | #3:07-cv-00042-MEF |
| Referenced Document: | Document #4<br>Answer |

This notice has been docketed to enter the certificate of service into the record. The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.