IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon of review of the *Objection to the Recommendation of the Magistrate Judge, to Deny Plaintiff, Motion for Summary Judgment*,[1] filed by Plaintiff Alonzo Austin (Doc. 14, filed April 27, 2007), it is

(1)  **ORDERED** Plaintiff may file a reply to *Defendant Global Connection's Response to Plaintiff's Motion for Summary Judgment* (Doc. 10) on or before **May 15, 2007**.

(2)  The Clerk is **DIRECTED** to attach a copy of *Defendant Global Connection's Response to Plaintiff's Motion for Summary Judgment* (Doc. 10) to the copy

---

[1]  Plaintiff alleges he never received a copy of *Defendant Global Connection's Response to Plaintiff's Motion for Summary Judgment* (Doc. 10). Defendant has attached a Certificate of Service, and this Order should not be interpreted as to cast doubt on defense counsel's statement he properly served Plaintiff or that a deficiency in service occurred. The Court simply determines it would not prejudice the parties to allow Plaintiff to file a Reply for the Court's consideration.

of this Order sent to the *pro se* Plaintiff.

(3)   Plaintiff's request is **DENIED** to the extent his Objection requests Defendant be ordered to re-serve Plaintiff with the Response via certified mail with a return receipt. The above-referenced copy from the clerk shall be sufficient to allow Plaintiff to formulate a reply.

The parties are also reminded to file their **Rule 26(f) report containing the discovery plan no later than May 4, 2007** in compliance with the Court's Order on March 19, 2007 (Doc. 9).

DONE this 1st day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE