IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) Case Number: |
| Plaintiff | ) |
| | ) 3:07-CV-042-MEF |
| v. | ) |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
| Defendant | ) |

### PARTIES' RULE 26(f) REPORT

1. Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on May 3, 2007 and was attended by: Alonzo Austin for the Plaintiff and Joshua R. McKoon for the Defendant.

2. Pre-Discovery Disclosures. The parties will exchange information required by Fed. R. Civ. P. 26(a)(1) by June 1, 2007.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on subjects including, but not limited to:

    Issues related to the contractual agreement between the parties, including but not limited to advertisements, termination procedures and incentives offered to contract; and

    Any defenses offered by Defendants.

    All Discovery commenced in time to be completed by October 1, 2007.

    Maximum of 25 Interrogatories and 25 Requests for Production of Documents and 25 Requests for Admission of Facts by each party to the other party.

    Responses shall be due 30 days after date of service.

      Maximum of 12 factual depositions by each party.

      Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

      Reports from experts shall be due by October 1, 2007.

      Supplementations under Rule 26(e) shall be due 30 days from any party becoming aware that supplementation will be required.

4. Other Items. The parties do not request a conference with the Court prior to entry of the Scheduling Order. The Parties request a pretrial conference on January 20, 2008. Parties should be allowed to join additional parties or amend their pleadings until July 1, 2007. All potentially dispositive motions shall be filed by October 20, 2007, 90 days prior to the pretrial date. Settlement cannot be evaluated at this time but may be enhanced by the use of mediation. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties by December 20, 2007. Parties shall have 30 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3). The case should be ready for trial by February 20, 2007 and at this time is expected to take approximately one day.

This 9th day of May, 2007.                      Respectfully Submitted,

                                          /s/      Alonzo Austin
                                          1321 Oliver-Carlis Road
                                          Tuskegee, Alabama 36083
                                          Plaintiff Pro Se

                                          /s/      Joshua R. McKoon
                                            Joshua Robert McKoon
                                          McKoon, Thomas & McKoon
                                          925 Broad Street
                                          P.O. Box 3220
                                          Phenix City, Alabama 36868-3220