IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-0042-MEF |
| | ) | |
| GLOBAL CONNECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 6), it is

**ORDERED** that the parties shall convene for a Scheduling Conference on **May 24, 2007 at 9:00 a.m.** The conference shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. The parties should be prepared to discuss the Rule 26(f) Report and the scheduling of deadlines in this case.

DONE this 10th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE