IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN,
    Plaintiff,

V.                          CASE NO. 3:07-CV-0042-MEF

GLOBAL CONNECTION,
    Defendant.

Motion for Summary Judgement by Plaintiff, in response to Defendants, Motion to Deny Summary Judgement.

    COMES NOW Plaintiff, Alonzo Austin, pursuant to Rule 56, of the federal Rules of Civil Procedure. + Moves the Court to enter Summary Judgement, for the Plaintiff, on the grounds that there is no genuine issue as to any material fact, and the Plaintiff, is entitled to Judgement as a matter of Law.

    In Support of this Motion Plaintiff refers to the record in this action, including the Complaint; the answer to it and Plaintiff attached Affidavit and exhibits "A", "B" & "C"   by. _Alonzo Austin_
                                                  ALONZO AUSTIN

1321 Oliver-Carlis Rd. Tuskegee, AL. 36083, Ph#(334) 727-5476

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN, )
   Plaintiff )
V. ) CASE NO. 3:07-CV-042-MEF
GLOBAL CONNECTION, )
   Defendant )

## Affidavit in Support of Motion for Summary Judgement.

STATE OF ALABAMA, SS.
COUNTY OF MACON,

ALONZO AUSTIN, who, being first duly sworn deposes and says:

1. I am ALONZO AUSTIN, and have personal knowledge of the facts set forth.

This affidavit, is submitted in Support of the Plaintiff, Motion for Summary Judgement, for the purpose of showing that there is in this action no genuine issue as to any material fact and that the Plaintiff, is entitled to Judgement as a matter of Law.

2. Plaintiff, entered into an Agreement Orally on November 11, 2005, with Defendant to provide Local Telephone Service shortly thereafter during the same conversation on the same date as mentioned above the inducement of 100 Free Minutes of Long distance Service was offered by Defendant to plaintiff and also a $3.00 Credit For payment, by Credit Card which Plaintiff accepted, as previously stated in Plaintiff, Complaint Correctly. As Defendant, did not accept personal Checks, Leaving Plaintiff, with the other option of Mailing Money order, and risking the payments Late arrival after the due date. Which Could as explained to Plaintiff, by Defendant, cost a Late fee of $10.00 and in addition reconnection fee of $30-$50 after a disconnection For past due amount.

3. Plaintiff agree with Defendant's statement in his Affidavital response at paragraph #3

4. Paragraph #4 is a misrepresentation by Defendant, For proof that this is untrue, See Exhibit "C" No such terms For Free Long distance minutes exist. On this mailed invoice.

5. Paragraph #5 Plaintiff, agrees with Defendant.

6. Paragraph #6 untrue again, See Exhibit "C" (No accounting exist, to Support Defendant's Contentions.)

7. Paragraph #7 is a bold face Misrepresentation!!! as Plaintiff has already Submitted documented evidence via exhibit "A" that makes it clear that Plaintiff was a Customer of Freedom Communication of Tennesee. per Complaint.

8. Paragraph #8 is not correct and is a non issue made so by plaintiff, Switching to Freedom Communication, on 1/6/06, thereby Terminating Agreement.

9. Paragraph #9 is also untrue, and a non issue as contract ended on 1/6/06 with Defendant.

10. Paragraph #10, The Wanton and Fraudulent misrepresentation with Malice and knowledge with a reckless disregard for the Consumer rights of Plaintiff Occurred on 11/11/05, 12/06/05, 1/06/06 and 1/12/06 by Defendant, Credit Card Fraud, Wire Fraud, & Mail Fraud can not be over come by Defendant's expressed denial without any offer of evidentiary proof as required.

11. Paragraph #11 is one more untruth by Defendant. as No evidence of the 100 Freeminutes promised to Plaintiff by Defendant was ever tendered as Defendant's Claim (No proof exist via Invoice!!!)

finally the Defendant's Affidavit is Full of outrageous untrues and misrepresentations,

by. Alonzo Austin, pro se
  Alonzo Austin

Jerry B. McRae, Notary

# GL●BAL
## C O N N E C T I O N

PO BOX 48269
Atlanta, Georgia 30362

Local # (770) 457 - 7174
Toll Free # (877) 511 - 3009

Account / PIN # 5550100131  1

Exhibit "C"

978801

**AUTO**MIXED AADC 300
ALONZO AUSTIN
1321 OLIVER-CARLIS Rd
Tuskegee AL 36083-3739

33   7542

| Invoice Date December 20, 2005 | Telephone Number |
|---|---|
| **Due Date** January 07, 2006 | (334)-727-5476 |

| Description of Service | | | Amount |
|---|---|---|---|
| Global Silver Package (10 CF)    1/7/06  to  2/6/06 | | | $56.99 |
| BASIC SERVICE - BS | $38.85 | | |
| ld 12-20-05 | $10.00 | | |
| FCC CHARGE | $6.50 | | |
| AL UTILITY PRIVILEGE LIC. TAX | $1.80 | | |
| MACON CO. 911 SURCHARGE | $1.50 | | |
| FEDERAL EXCISE TAX | $0.90 | | |
| FED. UNIVERSAL SERVICE FUND | $0.29 | | |
| AL DUAL-PARTY RELAY SYS. FUND | $0.15 | | |
| Credit for the Credit Card payment | $-3.00 | | |
| **To Avoid Disconnection Pay Past Due Balance Immediately** | | Credit Bal. | DO NOT PAY $-10.00 |
| Your last payment was made on 12/8/05  for  10.00 **Due to rate changes and related usage charges, customers with the area plus service will be charged a $20.00 service charge monthly in addition to the standard GCIA monthly service charges.** | | Current Bal. | $56.99 |
| | | Total Bal. | $46.99 |

When Mailing In Payment, Make **MONEY ORDER** Payable To Global Connection, Inc. of America.
**Include Account # OR Telephone # When Making Payment.**
A $10.00 Late Fee Will Be Applied To Accounts When Payment Is Not Posted By Due Date. Your Telephone Line Is Subject To Immediate Disconnection If Payment Is Not Received By Due Date. Based On Service Provider, A Reconnection Fee Of $30-$50 And Additional Charges For Service Package Will Apply. All Charges And Any Past Due Balance Must Be Paid In Full Before A Reconnection Is Processed.

Detach and return bottom portion with your payment...THANK YOU !!! -- Envie la parte de abajo con su pago...GRACIAS

Account / PIN # :     5550100131   1
Telephone Number :   (334)-727-5476
Customer Name    :   ALONZO AUSTIN

**PAY BY 1/7/06**

Credit Bal.    $-10.00       978801
Total Bal.:    $46.99

Amt Enclosed : $_____

Long Distance Payment * (Optional)
I have enclosed an additional $ _____ for the purchase of my long distance minutes for low cost of 5.9 cent per minute.

**Global Connection Inc. of America**
PO Box 48269, Atlanta, Georgia 30362
* If this invoice is **PAID IN FULL**, GCIA will issue a refund in the event of switching to another carrier or disconnection occurs prior to Bill Due Date, **minus a $25 processing fee**. GCIA will **NOT** issue any refunds for Partially Unused Service. The amount paid toward long distance minutes will not be applied to your GCIA Service for any reason. Promotional offers may expire without notice. Cualquier ofertas de GCIA pueden expirar sin aviso al cliente. **WE NO LONGER ACCEPT PERSONAL CHECKS.**

*[Handwritten note: This Invoice Did not apply as prepaid Contract ended on 1/6/06 as Indicated above, therefore Global Connection had no right to draft my account on 2/6/06 as Freedom Communication U.S.A. had already Done so. Lawful]*

# CERTIFICATE OF SERVICE

I Alonzo Austin, hereby Certify that I have served copies of the foregoing Documents upon Defendant by placing same in the United States mail postage prepaid on this 14th day of May 2007 and addressed to:

GLOBAL CONNECTION INC.
c/o MCKOON, THOMAS & MCKOON
925 broad Street
P.O. Box 3220
Phenix City, Al. 36868-3220

by /s/ Alonzo Austin pro se
ALONZO AUSTIN
1321 River-Carlis Rd.
Tuskegee, Al. 36083
Ph # (334) 727-5476