## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

### EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | Case Number: |
| Plaintiff | ) | |
| | ) | 3:07-CV-042-MEF |
| v. | ) | |
| | ) | |
| GLOBAL CONNECTION, | ) | |
| | ) | |
| Defendant | ) | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Global Connection Inc. of America
3957 Pleasantdale Road
Atlanta, Georgia 30340

CEO/CFO – Sam Abdallah
Secretary – Rachelle Copeland
Registered Agent for Service – Rachelle Copeland

Global Connection Inc. of Alabama
Registered Agent – TCS Corporate Services, Inc.2527 College St., Montgomery, AL 36104

This 24th day of May, 2007

MCKOON, THOMAS & MCKOON

By:

Joshua R. McKoon

State Bar No. MCK057

## CERTIFICATE OF SERVICE

Counsel for the Defendant will this day serve the foregoing Answer on the Plaintiff via Hand Delivery.

This 24th day of May, 2007.

*/s/Joshua R. McKoon*

_____

Counsel for Defendant