IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>GLOBAL CONNECTION, *et al.,* )<br>)<br>   Defendant. ) | CASE NO. 3:07-cv-042-MEF<br>        WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on April 27, 2007 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #12) filed on April 17, 2007 is ADOPTED;

3. The plaintiff's Rule 56(a) Motion for Summary Judgment Pursuant to Rule 9(b) Fraud-Rico Allegations (Doc. #7) is DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 8th day of June, 2007

                                      /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE