IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. 3:07-CV-0042-MEF
                                  )
GLOBAL CONNECTION,                )
                                  )
        Defendant.                )

## ORDER

Upon review of the *Objection to Deadlines*,[1] filed by Plaintiff Alonzo Austin (Doc.

23, filed June 5, 2007), it is, for good cause,

**ORDERED** that Section 1(A) of the *Scheduling Order* (Doc. 21) shall be amended

as follows:

1.    **DISCOVERY**

      **A.  *Pre-Discovery Disclosures*** of information required by Rule 26(a)(1) shall

      be exchanged by **June 18, 2007**.

Plaintiff's requests in sections (a) through (j)[2] are not necessary to address in the

Scheduling Order as Plaintiff may submit to Defendant discovery requests on any subject

---

[1]    Plaintiff's' *Objection to Deadlines* (Doc. 23) was filed as a "Plaintiff Motion for
Leave to Object to Magistrate Scheduling Order and to Modify."  The Court construes this
Motion as Objections to Deadlines.

[2]    *See* pages 2-3 of Plaintiff's *Objection to Deadlines* (Doc. 23)

related to the litigation.  If necessary, any discovery disputes which might arise will then be addressed by the court after the parties confer and attempt to resolve any disputes.  As such, these requests are **DENIED as not ripe**.  All remaining requests - Sections (k) through (r) are **DENIED**.  Plaintiff is reminded to review the Federal Rules of Civil Procedure as several of the issues brought up by Plaintiff are addressed there.

DONE this 12th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE