IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the *Motion for Leave to Amend Complaint, Add Parties and RICO Matter* filed by Plaintiff Alonzo Austin (Doc. 26, filed June 29, 2007), it is, for good cause,

**ORDERED** that the motion is **GRANTED**.

DONE this 2nd day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE