IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN
 Plaintiff,
v.        Case Number:
GLOBAL CONNECTION INC., 3:07-CV-042-MEF.
OF AMERICA
CEO/CFO - SAM Abdallah
Rachelle Copeland
and GLOBAL CONNECTION INC.
OF ALABAMA ET, AL.
 Defendant's,

## PLAINTIFF ALONZO AUSTIN'S MOTION FOR LEAVE TO FILE MOTION FOR ORDER COMPELLING DISCLOSURE

Comes Now, the Plaintiff ALONZO AUSTIN, Pursuant to Federal Rule of Civil Procedure 37(a)(1)(2) and (3) and respectfully moves this honorable Court for the entry of an order granting it Leave to file the instant Motion for Order Compelling disclosure Pursuant to Rule 26(a) upon the following grounds

1. That the Defendant's GLOBAL Connection INC. of AMERICA ET, AL. has failed to make Complete disclosures Pursuant to Rule 26(a)(B)+(D) More specificially, copies of billing statement, Payment received, Credit Card transaction, Checks Money orders payments, business Insurance,

Income Tax Statements for the 2005 and 2006 Tax year, Invoices for the months of November and December, 2005 and Document showing Date and time phone service was terminated Contractually with Terms and Conditions attached.

2. That Plaintiff Alonzo Austin, has in good faith Conferred by Certified Mail with a return receipt See Ex. "A" Letter attached in an effort to secure the disclosures without Court action. Addressed to the Defendant's

Respectfully Submitted.
by. Alonzo Austin, pro se
Alonzo Austin
1321 Oliver-Carlis Rd
Tuskegee, AL. 36083
Ph# (334) 727-5476

CERTIFICATE OF SERVICE.

I Alonzo Austin hereby Certify that I have served Copies of the foregoing document upon the Defendant's Global Connection Inc. of America et, al.
c/o McKoon Thomas, & McKoon
925 broad Street
P.O. Box 3220
Phenix City, AL. 36868-3220
by placing same in the United States Mail, postage prepaid on this 10th day of July, 2007

by. Alonzo Austin, pro se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph.# (334) 727-5476

Via Certified Mail

June 29, 2007
Alonzo Austin Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
(334) 727-5476

Global Connection Inc. of America et.al.
c/o McKoon, Thomas & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, Al. 36868-3220

Re: Alonzo Austin vs. Global Connection In
Case No. 3:07-CV-42-MEF

Dear Mr. McKoon,

Pursuant to Rule 37(a) (Motion for Order Compelling Disclosure or Discovery) this letter is a good faith attempt to ascertain the initial Disclosures pursuant to Rule 26(a)(1) promised by you Due by the 1st day of June 2007.

I mailed my initial Disclosures on May 31, 2007 to you certified mail. with a Returned receipt dated June 8, 2007 Signed by Amberly Watson. there is also the Court Order Compelling exchange by June 18, 2007 Please Comply within the Next 5 working days. Thanks,

Alonzo Austin

EXHIBIT "A"

Certification

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global Connection Inc.
c/o McKoon, Thomas & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868-3220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amberly Watson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Amberly Watson    7-2-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

EXHIBIT "A" 1

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0001 7559 1220

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Alonzo Austin
1321 Oliver-Carlis Rd,
Wolceper, A. 36083