IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:07-CV-0042-MEF |
| GLOBAL CONNECTION, | ) |
|     Defendant. | ) |

## ORDER

Upon of review and consideration of *Plaintiff Alonzo Austin's Motion for Leave to File Motion for Order Compelling Disclosure*[1] (Doc. 29, filed July 10, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **July 20, 2007**.

DONE this 11th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Motion is construed as a "Motion to Compel" as no leave of Court is required to file such a motion.