IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon of review and consideration of *Plaintiff Alonzo Austin's Motion for Leave to File Motion for Order Compelling Disclosure*[1] (Doc. 29, filed July 10, 2007) and *Defendant Global Connection's Response to Court's Order to Show Cause Why Plaintiff's Motion for Leave to File Motion for Order Compelling Disclosure Should Not Be Granted* (Doc. 31, filed July 16, 2007), it is

**ORDERED** that *Plaintiff Alonzo Austin's Motion for Leave to File Motion for Order Compelling Disclosure* (Doc. 29) is **DENIED**. Plaintiff is reminded that other discovery tools are at his disposal including Request for Interrogatories, Request for Production, Request for Admissions, and depositions. *See* Federal Rules of Civil Procedure 30-36.

---

[1] The Motion is construed as a "Motion to Compel" as not leave of Court is required to file such a motion.

DONE this 19th day of July, 2007.

                        /s/Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE