AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                District of    ALABAMA

ALONZO AUSTIN
Plaintiff

v.

GLOBAL CONNECTION INC.
OF AMERICA et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-CV-42-MEF

Defendant's.

TO: (Name and address of Defendant)

GLOBAL CONNECTION INC. OF AMERICA et. AL.
c/o MCKOON, THOMAS & MCKOON
925 broad St., P.O. Box 3220
Phenix City, AL. 36868-3220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALONZO AUSTIN, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                July 19, 2007
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                  *Signature of Server*

                                         _____
                                                *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 3.07cv42-MEF |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 7-19-07 |
| Total Postage & Fees | $ | |

Sent To: Global Connection Inc. of America et al
Street, Apt. No.; or PO Box No.: c/o McKoon Box 3220
City, State, ZIP+4: Phenix City, AL 36868

7006 2760 0001 7559 1213

PS Form 3800, August 2006      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.