Austin

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X KIMbELLY WATSON  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): KIMbErly watson   C. Date of Delivery: 7-20-0? |
| 1. Article Addressed to:<br>GLoBAL Connection INC<br>OF AMERICA et. aL.<br>C/o McKOON, Thomas & McKoon<br>925 broad street<br>Phenix City, Al. 36868<br>3:07cv42-MEF (Cmpl and cmp) sm 20 cys | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 2760 0001 7559 1213 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540