IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN,
    Plaintiff
v.                                              Case No. 3:07-CV-00042-MEF-TFM
GLOBAL CONNECTION of
AMERICA INC. et.al,
    Defendants,

RECEIVED
2007 JUL 24 P 3:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT.

COMES NOW, Alonzo Austin, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, Making the following disclosure concerning parent companies, subsidiaries, partners, Limited Liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

[X] There are No entities to be reported.

by: Alonzo Austin, pro se
    Alonzo Austin
    1321 Oliver-Carlis Rd.
    Tuskegee, Al. 36083
    Ph # (334) 727-5476

July 24, 2007.
Date.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

### CERTIFICATE OF SERVICE

I, ALONZO AUSTIN, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th day of July 2007, to:

Defendant: Sam Abdallah CEO/CFO
Defendant: Rachelle Copeland
Defendant: Global Connection INC. of America
Defendant: Global Connection INC. of Alabama

ATTORNEY Joshua R. McIsoon
925 Broad St.
Phenix City, AL
36868

July 24, 2007
Date

Alonzo Austin pro se
Signature