AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALONZO AUSTIN
Plaintiff.
v.
SAM Abdallah
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-CV-042-MEF

TO: (Name and address of Defendant)

Sam Abdallah
c/o McKoon, Thomas + McKoon
925 broad St., P.O. Box 3220
Phenix City, AL. 36868-3220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River-Carlis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_         7-25-07
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALONZO AUSTIN
Plaintiff,
v.

RACHELLE COPELAND
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-CV-042-MEF

TO: (Name and address of Defendant)

Rachelle Copeland
℅ McKoon, Thomas, McKoon
925 Broad St., P.O. Box 3220
Phenix City, Al. 36868

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    7-25-07

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin
  Plaintiff.
      V.

Global Connection Inc.
of Alabama
  Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv42-MEF

TO: (Name and address of Defendant)

Global Connection Inc. of Alabama
c/o McKoon, Thomas & McKoon
925 Broad St., P.O. Box 3220
Phenix City, AL. 36868-3220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  7-25-07