**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Rachelle Copeland
c/o McKoon, Thomas, & McKoon
925 broad St., P.O. Box 3220
Phenix City, AL.
36868-3220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amberly Watson
☐ Agent
☒ Addressee

B. Received by (Printed Name): Amberly Watson
C. Date of Delivery: 7-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No
3:07CV42 S+Amd

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0001 7559 0445

PS Form 8811, February 2004    Domestic Return Receipt    102595-02-M-1540