| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Amberly Watson*  ☐ Agent  ☑ Addressee<br><br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Amberly Watson   7-27-07 |
| 1. Article Addressed to: Sam Abdallah<br>c/o McKeen, Thomas + McKean<br>925 broad St, P.o.box 3220<br>Phenix City, AL,<br>36868-3220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07CV 42<br>S+amd emp |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0001 7559 0452 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540