IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:07-cv-42-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

The Court is aware the parties failed to comply with the requirements of Section 3 of the Scheduling Order (Doc. 21) entered by this Court on May 24, 2007, which requires conducting a face-to-face settlement conference at which all parties engage in good faith settlement negotiations. Pursuant to this Court's Order the face-to-face settlement conference was to have been completed on or before **November 5, 2007**. Section 3 also requires the plaintiff to file a "Notice Concerning Settlement Conference and Mediation" indicating: (1) that a face-to-face settlement conference was conducted; (2) whether settlement was reached at the mandatory face-to-face settlement conference; and (3) whether the parties believe mediation will assist them in resolving this case short of trial. Plaintiff was required to submit the Notice Concerning Settlement Conference and Mediation **within five (5) business days of the conference (November 12, 2007)**. As of the date of this Order, the mandatory Notice Concerning Settlement Conference and Mediation has not been filed as required.

It is hereby **ORDERED** that:

(1)   Plaintiff file the Notice Concerning Settlement Conference and Mediation by **November 30, 2007**.

(2)   The parties show cause by **November 30, 2007** why the Court should not sanction them pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with the Scheduling Order in this case.

(3)   The Clerk of Court is **DIRECTED** to send a copy of this order to Plaintiff by certified mail.  Defendants shall be served by e-mail transmittal.

DONE this 19th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE