IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2007 NOV 29 P 2:49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alonzo Austin
  Plaintiff,                    3:07cv42-MEF
V.
Global Connection Inc.
  Defendants.

"Notice Concerning Settlement Conference and Mediation"

Comes Now, Plaintiff, Alonzo Austin, in response to Court Order dated 11/19/07, Document #42-1 and states the following.

1. Plaintiff sincerely apologizes for his failure to comply with the requirements of Section 3 of the Scheduling Order (Doc. 21) entered by the Court on May 24, 2007.

2. Pursuant to Court Order dated 11/19/2007,

Doc # 42-1 and in Compliance with Same Plaintiff, in good faith ~~did~~ Fax a Letter to Defendant's Counsel Joshua McKoon, at (334) 297-2777, on November 26, 2007, to this date defendant's has failed to respond to Plaintiff good faith attempt via fax for a face to face meeting to facilitate the Settlement Conference and Mediations. Please See: attached faxed Letter and Confirmation attached and identified as Composite Exhibit "A".

3. ~~THEREFORE~~, in conclusion, due to the Defendants failure to respond in good faith (1) A face to face Conference was <u>Not Conducted</u>; (2) as a result <u>NO</u> Settlement was reached and (3) Mediation is <u>Unacceptable</u>.

Respectfully Submitted, Alonzo Austin Pro Se
by: Alonzo Austin, pro se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, Al, 36083
(334) 727-5476

CERTIFICATE OF SERVICE.

I do hereby Certify that I have this day

Served a Copy of the following document upon

GLOBAL CONNECTION INC OF AMERICA, ET.AL,
C/O McKOON, THOMAS & McKOON
ATTORNEY AT LAW
P.O. BOX 3220
Phenix City, AL. 36868-3220

by depositing Same in the United States Mail Postage prepaid on the 29th day of November 2007.
Alonzo Austin pro se
Alonzo Austin pro se
Alonzo Austin
1321 Oliver-Carlis Rd
Tuskegee, AL, 36083
(334) 727-5476.

TO: Joshua McKoon, Fax # (334) 297-2777
November 26, 2007
ALONZO AUSTIN, Fax# (334) 727-2159
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

Global Connection of America Inc. et. Al.
c/o McKoon, Thomas, & McKoon
   Attorney At Law
   P.O. Box 3220
   Phenix City, Al. 36868-3220

Re: Alonzo Austin plantiff. V. Global Connection Inc.
   Case # 3:07-CV-0042 MEF
   Request for a face to face meeting in Opelika or Auburn area. Plaintiff, recommend the Opelika City, Library on 6th street within the hours of 10:00 am and 6:00 pm on Tuesday or Wednesday or Thursday between the hours of 10:00 am and 3:Pm Central Standard time of this week, in order that we may comply with Magistrate Judge Moorer, order issued on the 19th day of November, 2007.
   Concerning Settlement Conference and Mediation or if you have and alternative Location in Mind (Please let me know Via a Fax Today) as time is of the essence.   Sincerely,
                                          Alonzo Austin Rose

EXHIBIT A – 2

TRANSMISSION VERIFICATION REPORT

5 of 5

| | | |
|---|---|---|
| TIME | : | 11/26/2007 13:05 |
| NAME | : | MAGNOLIA HAVEN |
| FAX | : | 3347272159 |
| TEL | : | 3347274960 |
| SER.# | : | BROL5J384804 |

| | |
|---|---|
| DATE,TIME | 11/26 13:05 |
| FAX NO./NAME Joshua McCoon | 13342972777 |
| DURATION | 00:00:41 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

"This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U.S. Postal Service. Thank you."

Message:

- ☐ Please Reply
- ☐ Please Comment
- ☐ For Review
- ☐ Urgent

Number of pages including cover page: 2