IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-0042-MEF |
| | ) | |
| GLOBAL CONNECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 6), it is

**ORDERED** that the parties shall convene for a telephonic Status Conference on **December 14, 2007 at 9:00 a.m.** The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. The parties should be prepared to discuss the status of the case as well as the failure to comply with Section 4 of the Scheduling Order. Counsel for the defense shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 30th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE