IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-CV-042 |
| ) | |
| GLOBAL CONNECTION OF AMERICA, INC., ) | |
| GLOBAL CONNECTION OF ALABAMA, INC., ) | |
| SAM ABDALLAH AND RACHELLE COPELAND, ) | |
| ) | |
|    Defendants ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW GLOBAL CONNECTION OF AMERICA, INC., GLOBAL CONNECTION OF ALABAMA, INC., SAM ABDALLAH AND RACHELLE COPELAND, <u>Defendants</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    Defendant Sam Abdallah is an individual and sole owner of Defendants Global Connection of America, Inc. and Global Connection of Alabama, Inc.

    Defendant Rachelle Copeland is an individual with no entities to report.

    Defendant Global Connection of America, Inc. is a corporation primarily engaged in pre-paid telephony services and is wholly owned by Defendant Sam Abdallah. Defendant Global Connection of America, Inc. has no other entities to report.

    Defendant Global Connection of Alabama, Inc. is a corporation primarily engaged in pre-paid telephony services and is wholly owned by Defendant Sam Abdallah. Defendant Global Connection of Alabama, Inc. has no other entities to report.

| | |
|---|---|
|  December 5, 2007  | /s/ Joshua Robert McKoon |
|       Date | Counsel Signature |
| | |
| | Global Connection Of America, Inc., Global Connection Of Alabama, Inc., Sam Abdallah and Rachelle Copeland, |
| | Counsel for (print names of all parties) |
| | 925 Broad Street, Phenix City, AL 36867 |
| | Address, City, State Zip Code |
| | 334.297.2300 |
| | Telephone Number |

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Joshua R. McKoon, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 5th day of December 2007, to:

Mr. Alonzo Austin, 1321 Oliver Carus Road Tuskegee, Alabama 36083

December 5, 2007                                         /s/    Joshua Robert McKoon

Date                                                                  Signature

PDF created with pdfFactory trial version www.pdffactory.com