IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-0042-MEF |
| | ) | |
| GLOBAL CONNECTION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 6), it is

**ORDERED** that the parties shall convene for a telephonic Status Conference on **December 18, 2007 at 9:00 a.m.** The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. The parties should be prepared to discuss the status of the case as well as the result of the Settlement Conference. Counsel for the defense shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 14th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE