IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | CASE NO. 3:07-CV-0042-MEF |
| ) | |
| GLOBAL CONNECTION,            ) | |
| ) | |
| Defendant.            ) | |

### ORDER

Pending before the Court is Defendants' *Motion to Compel Responses to Discovery* (Doc. 52, filed December 17, 2007). For good cause, it is **ORDERED** that the motion is **GRANTED**. Plaintiff's responses to the discovery requests shall be due thirty (30) days from the date he received the requests, i.e. **January 14, 2008**.[1]

DONE this 18th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court had previously stated in the telephonic conference on December 18, 2007 it would deny the motion as moot; however, after further consideration, the Court wanted to make clear to *pro se* plaintiff Austin that the responses are due no later than the time line prescribed by the Federal Rules of Civil Procedure. This order does not bear an impact on the meeting scheduled between the parties.