IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALONZO AUSTIN
Plaintiff

V.

GLOBAL CONNECTION INC.
OF AMERICA ET. AL.
Defendent's

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE, NUMBER

3:07-CV-042-MEF

PLAINTIFF, Final Lists of Witnesses and exhibits.

1. Pursuant to Rule 26(a)(3), plaintiff's

Submits its final List of Witnesess as follows,
incorporated below as:
CEO/CFO - Sam Abdallah or Houssam Abdallah,
President. and Rachelle Copeland, Registered Agent
For Service, and Secretary.

The Final List of exhibits, are as follows
PLease See Attached and incorporated herein as:
I Exhibit, "A" Unauthorized Electronic Payment on 1/06/06
after Cancellation of Service with Defendant. Global Connection ma
On 1/06/06 pursuant to ALABAMA Local Exchange Tariff
Of Global Connection Inc. OF ALABAMA, Section 2.11.
Which required plaintiff to Notify Defendant either Orally or in Writing.

II.  Exhibit "B" Def. Fraudulent Check, From Defendant #12577

III.  " "C" Def. Invoice with a Credit balance of $10.00

IV.  " D. Pl. December payment of $39.99 to Defendents on 12/7/05

V.  " E. Pl. November payment of 69.99 to Defendant on 11/11/05

VI.  " F. Def. Invoice acknowledging payment made by Plaintiff of $69.99

VII.  "G" Global Connection Advertisement found at Food World.

VIII.  "H." Plaintiff began Service with freedom Communication U.S.A.

IX.  "I" Further proof Exhibit by Plaintiff as to being a Customer of freedom communication U.S.A. with acct # 14471 and Bill Due.

X.  "J" These exhibits are part of the ALABAMA Public Service Tariff Governing Global Connection of Al. INC. including pages 1 - 13. PG 18, PG. 22 and PG 24.

Alonzo Austin

Respectfully Submitted

by Alonzo Austin proce

Alonzo Austin
1321 River-Carlis Rd
Tuskegee, Al. 36083
Ph. # (334) 727-5476

CERTIFICATE OF SERVICE.

I Alonzo Austin, hereby Certify that I have Served Copies of the foregoing Documents upon Global Connection INC. of AMERICA et al.
C/O McKoon Thomas, McKoon
P.O. Box 3220
Phenix City, Al. 36868-3220

Defendants, by placing same in the United States mail Postage prepaid on the 20th Day of December 2007.

by, Alonzo Austin, pro Se
Alonzo Austin
1321 River-carlis Rd
Tuskegee, Al 36083
Ph (334) 727-5476

| Account Number | | | | | Credit Line | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ~~5490 9916 1669 9100~~ | | | | | $31,700.00 | $31,700.00 | 30 | 02/06/06 | $0.00 | 03/02/06 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FEBRUARY 2006 STATEMENT** | | | | |

**PAYMENTS AND CREDITS**

| 01/18 | | 4267 | MC | | PAYMENT - ELECTRONIC | | | | 1,750.00 CR |

**PURCHASES AND ADJUSTMENTS**

| 01/09 | 01/06 | 4977 | MC | C ✓ | GLOBAL CONNECTION INC/ ATLANTA | GA | 46.99 | |
| 01/09 | 01/06 | 0108 | MC | C | FREEDOM COMMUNICATIONS 615-2292133 | TN | 70.38 | |
| 01/10 | 01/09 | 2289 | MC | C | WAL-MART #0356 SE2 AUBURN | AL | 47.24 | |
| 01/10 | 01/09 | 2769 | MC | C | AMP ACORN MEDIA PUBLIN 888-870-8047 MD | | 52.95 | |
| | | | | | **TOTAL FOR BILLING CYCLE FROM 01/08/2006 THROUGH 02/06/2006** | | **$217.56** | **$1,750.00 CR** |

Exhibit A

CREDIT BALANCE PLEASE DO NOT PAY

> **IMPORTANT NEWS**
>
> ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER.
>
> LOOKING TO SAVE ON YOUR AUTO LOAN? WHETHER IT'S A NEW LOAN OR REFINANCING AN EXISTING ONE, VISIT WWW.MBNA.COM/LOANS TO SEE HOW YOU COULD SAVE!
>
> NEED THE PERFECT GIFT FOR YOUR VALUED EMPLOYEES, RESPECTED COLLEAGUES, OR CLOSE FRIENDS? FIND GIFT CARDS FOR EVERY OCCASION AT WWW.MBNAGIFTCARD.COM.

*SUMMARY OF TRANSACTIONS*

**TOTAL MINIMUM PAYMENT DUE**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $1,452.76 | $1,750.00 | $0.00 | $217.56 | $0.00 | $0.00 | $79.68 CR |

| | |
|---|---|
| Past Due Amount ............. | $0.00 |
| Current Payment ............ | $0.00 |
| Total Minimum Payment Due ............. | $0.00 |

*FINANCE CHARGE SCHEDULE*

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.024630% DLY * | 8.99% | $0.00 |
| B. ATM, BANK ................ | 0.069150% DLY * | 25.24% | $0.00 |
| C. PURCHASES ................ | 0.069150% DLY * | 25.24% | $0.00 |

*FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY*

- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-6685.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15287, WILMINGTON, DE 19886-5287.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

* Periodic Rate May Vary

| FOR THIS BILLING PERIOD: |
|---|
| ANNUAL PERCENTAGE RATE...................SEE ABOVE |

6257   517 Y   6YK   0309   1300   00

Exhibit "B"     12577

**GLOBAL CONNECTION INC. OF AMERICA**
3957 PLEASANTDALE ROAD
DORAVILLE, GA 30340

WACHOVIA
WACHOVIA BANK, N.A.
ACH R/T 061000227
64-22/610  44053

1/12/2006

PAY TO THE
ORDER OF ___ ALONZO AUSTIN _____   $ **21.99

Twenty-One and 99/100******************************************************************************** DOLLARS

ALONZO AUSTIN
1321 OLIVER CARLIS RD
TUSKEGEE, AL 36083

VOID AFTER 90 DAYS

_____
AUTHORIZED SIGNATURE

⑆012577⑆ ⑈061000227⑈ 20000 20 234579⑆

Details on Back.

Security Features Included

# GLOBAL
## CONNECTION

Local # (770) 457 - 7174
Toll Free # (877) 511 - 3009

**Account / PIN # 5550100131 1**

*Exhibit "C"*

978801

**AUTO**MIXED AADC 300
ALONZO AUSTIN          33  7542
1321 OLIVER-CARLIS Rd
Tuskegee AL 36083-3739

| | Invoice Date | Telephone Number |
|---|---|---|
| | December 20, 2005 | |
| | **Due Date** | (334)-727-5476 |
| | January 07, 2006 | |

| Description of Service | | | Amount |
|---|---|---|---|
| Global Silver Package (10 CF)    1/7/06  to  2/6/06 | | | $56.99 |
| BASIC SERVICE - BS | $38.85 | | |
| Id 12-20-05 | $10.00 | | |
| FCC CHARGE | $6.50 | | |
| AL UTILITY PRIVILEGE LIC. TAX | $1.80 | | |
| MACON CO. 911 SURCHARGE | $1.50 | | |
| FEDERAL EXCISE TAX | $0.90 | | |
| FED. UNIVERSAL SERVICE FUND | $0.29 | | |
| AL DUAL-PARTY RELAY SYS. FUND | $0.15 | | |
| Credit for the Credit Card payment | $-3.00 | | |

| To Avoid Disconnection Pay Past Due Balance Immediately | Credit Bal. | DO NOT PAY $-10.00 |
|---|---|---|
| *Your last payment was made on 12/8/05  for  10.00* | Current Bal. | $56.99 |
| **Due to rate changes and related usage charges, customers with the area plus service will be charged a $20.00 service charge monthly in addition to the standard GCIA monthly service charges.** | Total Bal. | $46.99 |

When Mailing In Payment, Make **MONEY ORDER** Payable To  Global Connection, Inc. of America.
**Include Account # OR Telephone # When Making Payment.**
A $10.00 Late Fee Will Be Applied To Accounts When Payment Is Not Posted By Due Date. Your Telephone Line Is Subject To Immediate
Disconnection If Payment Is Not Received By Due Date. Based On Service Provider, A Reconnection Fee Of $30-$50 And Additional Charges For
Service Package Will Apply. All Charges And Any Past Due Balance Must Be Paid In Full Before A Reconnection Is Processed.
Detach and return bottom portion with your payment...THANK YOU !!! – Envie la parte de abajo con su pago...GRACIAS

Account / PIN # :    5550100131  1

Telephone Number :   (334)-727-5476

Customer Name  :   ALONZO AUSTIN

**PAY BY
1/7/06**

Credit Bal.   $-10.00          978801
Total Bal.:   $46.99

Amt Enclosed :  $————

Long Distance Payment * (Optional)
I have enclosed an additional $ _____ for the purchase of my long distance minutes for low cost of 5.9 cent per minute.

## Global Connection Inc. of America
PO Box 48269, Atlanta, Georgia 30362

* If this invoice is **PAID IN FULL**, GCIA will issue a refund in the event of switching to another carrier or disconnection occurs prior to Bill Due Date, minus a
$25 processing fee. GCIA will NOT issue any refunds for Partially Unused Service. The amount paid toward long distance minutes will not be applied to your
GCIA Service for any reason. Promotional offers may expire without notice. Cualquier ofertas de GCIA pueden expirar sin aviso al cliente.  **WE NO
LONGER ACCEPT PERSONAL CHECKS.**

*This invoice Did not apply as contract ended on 1/6/06 as indicated above,!! therefore Global Connection had no right to Draft my account. on 1/6/06 as Freedom communication u.s.a. had already Drew so. Lawfu*

*Pmt. Paid*
*Call 2/2/06 $42²⁰*
*10:30 Am*

www.mbnanetaccess.com

9100

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 02/01/06 | $1,452.76 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| PAYMENT HOLIDAY | |

DETACH TOP PORTION AND RETURN WITH PAYMENT

CARDHOLDER SINCE
1995

Make check payable to:

MBNA AMERICA
P.O. BOX 15287
WILMINGTON, DE 19886-5287

For account information call 1-800-789-6685

Print change of address or new telephone number below

Address

City ( )        State ( )        Zip

Home phone ( )     Work phone ( )

ALONZO AUSTIN
1321 OLIVER-CARLIS RD
TUSKEGEE    AL   36083-373921

*Exhibit "D"*

07    0014527600000000005490991616699100

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9916 1669 9100 | $31,700.00 | $30,247.24 | 32 | 01/07/06 | PAYMENT HOLIDAY | 02/01/06 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions   JANUARY 2006 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | | **PAYMENTS AND CREDITS** | | |
| 12/27 | 12/22 | 3500 | MC | | PAYMENT - THANK YOU | | 260.00 |
| | | | | | **PURCHASES AND ADJUSTMENTS** | | |
| 12/09 | 12/07 | 2135 | MC | C | GLOBAL CONNECTION INC/ ATLANTA    GA | 39.99 | |
| 12/09 | 12/08 | 1851 | MC | C | HAB HABAND COMPANY MO  800-213-1220 NJ MAIL/PHONE | 70.43 | |
| 12/10 | 12/08 | 1614 | MC | C | GLOBAL CONNECTION INC/ ATLANTA    GA | 10.00 | |
| 12/16 | 12/14 | 8467 | MC | C | GOODY'S #121         OPELIKA    AL | 155.75 | |
| 12/17 | 12/15 | 7650 | MC | C | MARY C. BELL & ASSOC  TUSKEGEE   AL | 515.50 | |
| 12/23 | 12/22 | 7188 | MC | C | HDI INTERNATIONAL MALE 800-338-2650 PA MAIL/PHONE | 15.35 | |
| 01/02 | 12/30 | 9113 | MC | C | BIZZY BEE         Q39 PHENIX CITY AL | 24.75 | |
| 01/04 | 01/02 | 0037 | MC | C | RACEWAY6713   27867Q02 OPELIKA    AL | 17.85 | |
| 01/04 | 01/02 | 9944 | MC | C | LOWE'S #736       OPELIKA    AL | 24.48 | |
| | | | | | **TOTAL FOR BILLING CYCLE FROM 12/07/2005 THROUGH 01/07/2006** | $874.10 | $260.00 |

*Michael Hadden   1 800 457-3693   8am 7pm  Billing Dept*

**IMPORTANT NEWS**

SKIP THIS MONTH'S PAYMENT BY USING A PAYMENT HOLIDAY.
THERE IS NO NEED TO NOTIFY US.  FINANCE CHARGES WILL APPLY.

***IMPORTANT AMENDMENT*** EFFECTIVE THE FIRST DAY FOLLOWING YOUR STATEMENT
CLOSING DATE IN FEBRUARY 2006, IF YOU PAY LATE, THE AMOUNT OF A LATE FEE WILL
BE BASED ON YOUR BALANCE ON THE LATE FEE POSTING DATE. REMINDER: TO AVOID A
LATE FEE WE MUST RECEIVE EACH TOTAL MINIMUM PAYMENT DUE BY ITS PAYMENT DUE DATE

ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $809.15 | $260.00 | $0.00 | $874.10 | $29.51 | $0.00 | $1,452.76 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount .................. | $0.00 |
| Current Payment .(REGULAR) | $43.00 |
| Total Minimum Payment Due .........(PMT. HOLIDAY).. | $0.00 |

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-66
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15287, WILMINGTON, DE 19886-5287.
- Billing rights are preserved only by written inquiry. Mail billing inquiries using form on the back, and other inquiries to:
  MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS. | 0.069150% DLY* | 25.24% | $0.00 |
| B. ATM, BANK.................. | 0.069150% DLY* | 25.24% | $0.00 |
| C. PURCHASES.................. | 0.069150% DLY* | 25.24% | $1,333.67 |

| FOR THIS BILLING PERIOD: | |
|---|---|
| ANNUAL PERCENTAGE RATE..................... | 25.24% |
| (Includes Periodic Rate and Transaction Fee Finance Charges.) | |

* Periodic Rate May Vary

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

4557   51L Y 51X 0713 0803 00
USE011   5490 9916 1669 9100        PAGE 1 OF 1



| | | | | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|
| 5490 9916 1669 9100 | | $31,700.00 | $30,890.85 | 29 | 12/06/05 | | $15.00 | 01/02/06 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | DECEMBER 2005 STATEMENT | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|

**PAYMENTS AND CREDITS**

| 12/01 | | | MC | | PAYMENT - THANK YOU | | | 171.00 CR |

**PURCHASES AND ADJUSTMENTS**

| 11/11 | 11/10 | 0070 | MC | C | BIG 10 TIRE STORES #86 AUBURN AL | 554.15 |
| 11/14 | 11/11 | 4736 | MC | C | GLOBAL CONNECTION INC/ ATLANTA GA | 69.99 |
| 11/21 | 11/19 | 8241 | MC | C | ADVANCE AUTO PARTS #61 ALBURN AL | 9.29 |
| 11/21 | 11/19 | 6840 | MC | C | MURPHY 6562 @ WAL-MART AUBURN AL | 14.60 |
| 11/21 | 11/19 | 7043 | MC | C | BATH & BODY WORKS 0642 MONTGOMERY AL | 25.00 |
| 11/22 | 11/21 | 5229 | MC | C | CATALOGUE MUSIC CORP NASHVILLE TN MAIL/PHONE | 26.93 |
| 11/25 | 11/23 | 1454 | MC | C | WAL-MART #0356      SE2 AUBURN AL | 16.82 |
| 11/25 | 11/23 | 7319 | MC | C | MURPHY 6562 @ WAL-MART AUBURN AL | 13.00 |
| 11/28 | 11/26 | 8940 | MC | C | ROSS STORES #734 MONTGOMERY AL | 46.18 |
| 11/29 | 11/28 | 9811 | MC | C | WM SUPERCENTER      SE2 MONTGOMERY EAL | 13.98 |
| 11/30 | 11/28 | 5011 | MC | C | MURPHY 6728 @ WAL-MART MONTGOMERY AL | 19.50 |

TOTAL FOR BILLING CYCLE FROM 11/08/2005 THROUGH 12/06/2005    **$809.44**    **$171.00 CR**

*ephibiTi E*

$554.15 IN DISPUTE PENDING COMPLIANCE WITH RESOLUTION PROCEDURE.

**IMPORTANT NEWS**    THIS IS A DUPLICATE STATEMENT. PAYMENT IS REQUIRED ONLY IF NO PAYMENT WAS MADE FOR THE MONTH INDICATED ABOVE. YOUR ORIGINAL STATEMENT MAY HAVE USED A DIFFERENT STATEMENT PAPER DESIGN.

 *NEW CasTle*

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $170.71 | $171.00 | $0.00 | $809.44 | $0.00 | $0.00 | $809.15 |

**TOTAL MINIMUM PAYMENT DUE**

| | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $15.00 |
| Total Minimum Payment Due | $15.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.068466% DLY* | 24.99% | $0.00 |
| B. ATM, BANK | 0.068466% DLY* | 24.99% | $0.00 |
| C. PURCHASES | 0.068466% DLY* | 24.99% | $0.00 |

FOR THIS BILLING PERIOD:
ANNUAL PERCENTAGE RATE..................... SEE ABOVE

* Periodic Rate May Vary

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments due, due date, payment address information, or to request duplicate statements, call 1-800-789-6685
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15287, WILMINGTON, DE 19886-5287 .
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

863   000   863

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.    USE0011    5490 9916 1669 9100    PAGE 1 OF 1

*[handwritten: EXHIBIT]*

*[handwritten left margin: 888-705-2420 Ext 6053 option 1 Pamela main #6]*

# GL●BAL
### C O N N E C T I O N

**PO BOX 48269**
**Atlanta, Georgia 30362**

**Local # (770) 457 - 7174**
**Toll Free # (877) 511 - 3009**

*[handwritten: Freedom Cher (877) 739-9900]*
*[handwritten: F enhance Pkg $70 total]*
*[handwritten: 5¢ min. 300 Free   Revesed]*
*[handwritten: Freedom PK]*
*[handwritten: maim 6¢]*
*[handwritten: 70]*

**Account / PIN # 5550100131 1**

939919

**\*\*AUTO\*\*ALL FOR AADC 360**
ALONZO AUSTIN
1321 OLIVER-CARLIS Rd
Tuskegee AL 36083-3739

29  5765

| | Telephone Number |
|---|---|
| **Invoice Date** November 23, 2005 | |
| **Due Date** December 07, 2005 | (334)-727-5476 |

| Description of Service | | | Amount |
|---|---|---|---|
| Global Silver Package (10 CF) | 12/7/05 to 1/6/06 | | $49.99 |
| BASIC SERVICE - BS | | $38.85 | |
| FCC CHARGE | | $6.50 | |
| AL UTILITY PRIVILEGE LIC. TAX | | $1.80 | |
| MACON CO. 911 SURCHARGE | | $1.50 | |
| FEDERAL EXCISE TAX | | $0.99 | |
| FED. UNIVERSAL SERVICE FUND | | $0.20 | |
| AL DUAL PARTY RELAY SYS. FUND | | $0.15 | |

| To Avoid Disconnection Pay Past Due Balance Immediately | | |
|---|---|---|
| Last payment was made on 11/11/05 for 69.99 | **Credit Bal.** | DO NOT PAY $-10.00 |
| ...and related usage charges, customers with ...a plus | **Current Bal.** | $49.99 |
| ...a $26.00 service charge monthly in addition to standard ... rates. | **Total Bal.** | $39.99 |

If you are mailing in Payment Make MONEY ORDER ... to ... of America.
Include Account # OR Telephone Number.
...applied To Accounts When Payment Is Not Post... Line Is Not kept in Immediate...
... Not Received By Due Date. Based On Service ...130...50 And Additional Charges For ...All Charges And Any Past ... Processed...
...bottom portion... GRACIAS

939919

*Exhibit G*

*English Version*



# GL●BAL
## C O N N E C T I O N

### HOME PHONE SERVICE

### *GET CONNECTED!!!*

### NO DEPOSIT! NO CREDIT CHECK!

### HOME PHONE DISCONNECTED?
### OWE A PREVIOUS PHONE BILL?
### NO PROBLEM!!

**SWITCH & KEEP EXISTING PHONE NUMBER**

**IT'S AS EASY AS 1..2..3..**

1. Purchase a GLOBAL CONNECTION Home Phone Activation Card at Customer Service.
2. Call 770-457-7174 *(Local)* or 1-877-511-3009 with your Account Number to begin processing.
3. Get your phone number. Allow 1-7 business days for service to be connected. *Time may vary by area.*

## SILVER CHOICE $64.99

**PRICE INCLUDES:** $44.99 Monthly Service
$10.00 FCC & Telecom Taxes
$10.00 Activation Fee

### FREE BONUS FEATURES

### FEATURES

*Exhibit H*

*Composit*

P. O. Box 1995
Dickson, TN 37056

# Freedom Communications USA

January 6, 2006

ALONZO AUSTIN
1321 OLIVER CARLIS ROAD
TUSKEGEE AL, 36083

*Let Freedom Ring.....Your Phone*





**Thank *you*, for Choosing *Freedom* for your Home Phone Service!!**

*We know that you will be more than satisfied with our friendly customer service as well as our ongoing efforts to keep your phone rates as low as possible.*

**While we are confident our prices are as low as you can find,
we still offer ways to lower your monthly bill.**

❖ Refer a friend, neighbor or relative to Freedom Communications USA
and get a $10 credit on your bill.

❖ Receive a scratch off card in every statement with the chance to win up to $500 in cash.

***For any and all questions regarding your telephone service
Please call our office at the above number anytime between
8 am - 7 pm CST Monday through Friday
or from 8 am - 12 pm CST on Saturday***

## Monthly Calling Plans

| | |
|---|---|
| **Basic Freedom** | Unlimited Local Calling, 5 cents / min Domestic Long Distance |
| **Value Freedom** | Unlimited Local Calling, 5 cents/ min Domestic Long Distance Plus The **FIRST FOUR** of the Following Features |
| **Enhanced Freedom** | Unlimited Local Calling, *200 FREE* Minutes Domestic LD, then 5 c/min Plus **ALL** of the Following Features |
| **Total Freedom** | Unlimited Local Calling, *Unlimited* Domestic Long Distance Plus **ALL** of the Following Features |

* **Extra charges do apply for Directory Assistance and Operator Assistance. National and International charges may apply.**

## Calling Features

**Call Waiting:** Press your switch hook briefly, or your "FLASH" button, to answer a second call after you hear a beep, indicating that you have a second call ringing.

**Call Forwarding:** This allows you to transfer all incoming calls to another phone number by dialing *72 + number. YOU may reprogram/change the 'forward to' number using the line at anytime. NOTE: You must allow the number you are calling to answer, before hanging up. If you reach a busy signal, or there is no answer, you must hang up and redial *72 + number a second time. Three short tones will then confirm that Call Forwarding is in effect. To turn this feature off, dial *73. Note: If you need to dial a "1" when calling a number, you will need to dial it when forwarding to that number as well. If you choose to forward to a long distance number, minutes from your allowance may be used up on forwarded calls.

**Three Way Calling:** Allows you to add a third party to an existing telephone conversation without hanging up. Just press your switch hook or press "FLASH" on your phone, then dial a second call. Speak to the party that you've called first, then when you are ready, and if you wish to do so, press your switch hook or press "FLASH" on your phone again to create a 3 Way Conference Call.

**Caller ID Basic:** Allows YOU to know the telephone number of the calling party.



**Freedom**
**Communications USA**
*Great Rates ★ Better Service*
P.O. Box 1995 • Dickson, TN 37056
www.freecomusa.com

*Exhibit "I"*

IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW

| VISA | MasterCard | AMERICAN EXPRESS | DISCOVER |
|---|---|---|---|
| VISA | MASTERCARD | AMERICAN EXPRESS | DISCOVER |

CARD NUMBER

SIGNATURE

EXPIRATION DATE

VERIFICATION CODE

ENTER AMOUNT PAID HERE $

| ADDRESSEE: | REMIT TO: |
|---|---|

133

ALONZO AUSTIN
1321 OLIVER-CARLIS RD
TUSKEGEE AL 36083-3739

CUST. REF: CUST. REF:
**Freedom Communications USA**
P.O. Box 1995
Dickson, TN 37056-1995

Please detach and return the above portion with your payment payable to: Freedom Communications USA. Please put your account number on your payment.

| Account No. 14471 | Summary | Customer Name: Alonzo Austin | Page 1 |
|---|---|---|---|

| | |
|---|---|
| Invoice Date | 1/19/2006 |
| Invoice No. | 113546 |
| **Due Date** | **2/6/2006** |
| Previous Balance | -0.04 |
| Payments and Adjustments | 0.00 |
| Current Activity Charges | 53.95 |
| Total Taxes & Fees | 16.38 |
| **Total Amount Due** | **70.29** |

## Wireless Service Now Available



Plans Starting at $10 a month
* Voice Mail Included
* Text Messaging Available
* National Coverage Network
* Packages may include additional LD minutes for land lines.

*Don't forget to refer your friends and get $10 off your bill.*

www.freecomusa.com/wirelessPackages.php

## ATTENTION!
**To avoid interruption of service and change to existing plan, payment must be received within 3 days of due date.**

Customer Service/Billing Inquiries: **877-739-9900**
MoneyGram Information:
**Account Number: 37055**    **Receipt Code: 2937**

| Not responsible for cash payment. | Please include top portion of invoice with payment. |
|---|---|

Recurring Charges: (334) 727-5476

*Call por 8 til 12*

| Description | | |
|---|---|---|
| Enhanced Freedom | 02/06/2006 to 03/05/2006 | 53.95 |
| 20+ Features | Included | |
| 200 Minutes of Long Distance | 02/06/2006 to 03/05/2006 | |
| **Total Recurring Charges** | | 53.95 |

Long Distance: (334) 727-5476

| Call Number | Call Time | Destination | Duration |
|---|---|---|---|
| (205) 276-9591 | 01/15/2006 16:00:02 | BIRMINGHAM, AL | 0.6 |

**Total Long Distance**

*The Company's Services are provided on a monthly Basis*

## TITLE PAGE

## ALABAMA LOCAL EXCHANGE SERVICES TARIFF

### OF

## GLOBAL CONNECTION INC. OF ALABAMA

This tariff, filed with the
Alabama Public Service Commission,
Contains the rates, terms, and conditions applicable to
Local Exchange Services within the State of Alabama offered by
Global Connection Inc. of Alabama



*TARIFF*

---

Issued: 02/07/02                                    Effective: 03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road
                        Atlanta, GA  30340

Date Approved: 03/15/02
D/Docket #: 27231
Analyst:  JC

Global Connection Inc. of Alabama                           Alabama Tariff No. 2
Local Exchange Services Tariff                              Original Page No. 2

## Check Sheet

Sheets 1 through 25, inclusive of this tariff are effective as the date shown at
the bottom of the respective sheet(s).  Original and revised sheets as named
below comprise all changes from the original tariff and are currently in
effect as of the date on the bottom of this sheet.

| Sheet | Revision Level |
|-------|----------------|
| 1 | Original |
| 2 | Original |
| 3 | Original |
| 4 | Original |
| 5 | Original |
| 6 | Original |
| 7 | Original |
| 8 | Original |
| 9 | Original |
| 10 | Original |
| 11 | Original |
| 12 | Original |
| 13 | Original |
| 14 | Original |
| 15 | Original |
| 16 | Original |
| 17 | Original |
| 18 | Original |
| 19 | Original |
| 20 | Original |
| 21 | Original |
| 22 | Original |
| 23 | Original |

Issued: 02/07/02                                            Effective:  03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road          **Date Approved: 03/15/02**
                        Atlanta, GA  30340              **D/Docket #: 27231**
                                                        **Analyst:  JC**

Global Connection Inc. of Alabama            Alabama Tariff No. 2
Local Exchange Services Tariff               Original Page No. 3

## <u>CONCURRING CARRIERS</u>
None

## <u>CONNECTING CARRIERS</u>
None

## <u>OTHER PARTICIPATING CARRIERS</u>
None

Issued: 02/07/02                              Effective:  03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road
                        Atlanta, GA  30340          Date Approved:  03/15/02
                                                    D/Docket #:  27231
                                                    Analyst:  JC

Global Connection Inc. of Alabama                    Alabama Tariff No. 2
Local Exchange Services Tariff                       Original Page No. 4

# TABLE OF CONTENTS

Title Page ................................................................................1

Check Sheet ........................................................................... 2

Participating Carriers ............................................................3

Table of Contents ................................................................ 4

Symbols ................................................................................ 5

Application of Tariff .............................................................. 6

Tariff Format ....................................................................... 7

Section 1 – Technical Terms and Abbreviations ................................8

Section 2 – Rules and Regulations.........................................9-19

Section 3 -  Description of Service ...............................................20

Section 4 – Rates.....................................................................21

Section 5 – Special Service Arrangements  ...... ...................…...............  22

Section 6 – Service Area...........................................................23

---

Issued: 02/07/02                                 Effective:  03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road          **Date Approved:  03/15/02**
                        Atlanta, GA  30340              **D/Docket #:  27231**
                                                        **Analyst:  JC**

Global Connection Inc. of Alabama                          Alabama Tariff No. 2
Local Exchange Services Tariff                              Original Page No. 5

## SYMBOLS

The following are the symbols used for the purposes indicated below:

    D  —  Delete or discontinue.

    I  —  Change resulting in an increase to a customer's bill.

    M -    Moved from another tariff locations.

    N -    New

    R -    Change resulting in a reduction to a customer's bill

    T -    Change in text or regulation.

Issued: 02/07/02                                     Effective:  03/15/02

Issued by:                    Houssam Abdallah, President
                                  3957 Pleasantdale Road          **Date Approved: 03/15/02**
                                   Atlanta, GA  30340             **D/Docket #:  27231**
                                                                 **Analyst:  JC**

# APPLICATION OF TARIFF

This tariff contains the regulations and rates applicable to the furnishing of intrastate common carrier communication service by Global Connection Inc. of Alabama within the State of Alabama.

---

Issued: 02/07/02                                    Effective:  03/15/02

Issued by:                    Houssam Abdallah, President
                              3957 Pleasantdale Road
                              Atlanta, GA  30340

Date Approved: 03/15/02
D/Docket #:  27231
Analyst:  JC

# TARIFF FORMAT

A.      Sheet Numbering - Sheet numbers appear in the upper right corner of the page. Sheets are numbered sequentially. However, new sheets are occasionally added to the tariff. When a new sheet is added between sheets already in effect, a decimal is added. For example, a new sheet added between sheets 14 and 15 would be 14.1.

B.      Sheet Revision Numbers – Revision numbers also appear in the upper right corner of each page. These numbers are used to determine, the most current sheet version on file with the APSC. For example, the 4th revised Sheet 14 cancels the 3rd revised sheet 14. Because of various suspension periods, deferrals, etc. the sheet number on file with the Commission is not always the tariff page in effect. Consult the Check Sheet for the sheet currently in effect.

C.      Paragraph Numbering Sequence – There are nine levels of paragraph coding. Each level of coding is subservient to the next higher level:

            2.
            2.1
            2.1.1
            2.1.1.A.
            2.1.1.A.1.
            2.1.1.A.1.(a)
            2.1.1.A.1.(a).I
            2.1.1.A.1.(a).I.(i).
            2.1.1.A.1.(a).I.(i).(1).

D.      Check Sheets – When a tariff filing is made with the APSC, an updated Check Sheet accompanies the tariff filing. The Check Sheet lists the sheets contained in the tariff, with a cross-reference to the current revision number. When new pages are added, the Check Sheet is changed to reflect the revision. All revisions made in a given filing are designated by an as asterisk (*). There will be no other symbols used on this page if these are the only changes made to it (i.e., the format, etc. remain the same, just revised revision levels on some pages.) The tariff user should refer to the latest Check Sheet to find out if a particular sheet is the most current on file with the APSC.

---

Issued: 02/07/02                                              Effective:  03/15/02

Issued by:                          Houssam Abdallah, President
                                        3957 Pleasantdale Road
                                         Atlanta, GA  30340          Date Approved:  03/15/02
                                                                      D/Docket #:  27231
                                                                      Analyst:  JC

Global Connection Inc. of Alabama                    Alabama Tariff No. 2
Local Exchange Services Tariff                         Original Page No. 8

# SECTION 1 – TECHNICAL TERMS AND ABBREVIATIONS

**Access Line** – An arrangement that connects the customer's location to a switching center or point of presence.

**Authorized User** – A person, firm, corporation, or any other entity authorized by the Customer to use the GLOBAL service.

**Carrier or Company** – Whenever used in this tariff, "Carrier," "Company," or "Global " refers to Global Connection Inc. of Alabama unless otherwise specified or clearly indicated by the context.

**Commission** – The Alabama Public Service Commission.

**Customer** – The person, firm, corporation, or other entity which orders, cancels, amends, or uses service and is responsible for payment of charges and compliance with the Company's tariff.

**GLOBAL** – Used through this tariff to mean Global Connection Inc. of Alabama unless clearly indicated otherwise by the text.

**LEC** – Local Exchange Company

**Local Exchange Services** – Telecommunications services furnished for use by end-users in placing and receiving local telephone calls within local calling areas.

**Long Distance Service Provider** – The telecommunications company that the customer contracts with to provide long distance service.

**Resold Local Exchange Service** – A service composed of the resale of exchange access lines and local calling provided by an authorized Local Exchange Carrier and purchased by GLOBAL

**APSC** – Alabama Public Service Commission.

---

Issued: 02/07/02                                        Effective: 03/15/02

Issued by:                    Houssam Abdallah, President
                              3957 Pleasantdale Road        Date Approved: 03/15/02
                              Atlanta, GA  30340             D/Docket #: 27231
                                                            Analyst:  JC

| Global Connection Inc. of Alabama | Alabama Tariff No. 2 |
|---|---|
| Local Exchange Services Tariff | Original Page No. 9 |

## SECTION 2 – RULES AND REGULATIONS

### 2.1    Undertaking of GLOBAL

GLOBAL's services offered pursuant to this Tariff are furnished for Local Exchange Service among specified points with a Local Calling Area.

The Company's services are provided on a monthly basis unless otherwise indicated, and are available twenty-four hours per day, seven days per week.

### 2.2    Limitations

2.2.1  Service is offered subject to the availability of the necessary facilities and equipment, and subject to the provisions of this tariff.

2.2.2  GLOBAL reserves the right to discontinue or limit service when necessitated by conditions beyond its control, or when the Customer is using service in violation of provisions of this tariff, or in violation of the law.

2.2.3  The Company does not undertake to transmit messages, but offers the use of its facilities when available, and will not be liable for errors in transmission or for failure to establish Connections.

2.2.4  The local exchange telephone service provided under this tariff are controlled by GLOBAL, and the Customer may not transfer or assign the use of service without the express written consent of the GLOBAL.   Such transfer or assignment shall only apply where there is no interruption of the use or location of the service.

2.2.5  Prior permission from the Company is required before any assignment or transfer.  All regulations and conditions contained in this tariff shall apply to all such permitted assignees or transferees, as well as all conditions of service.

Issued: 02/07/02                                               Effective:  03/15/02

Issued by:                        Houssam Abdallah, President
                                  3957 Pleasantdale Road                 Date Approved: 03/15/02
                                  Atlanta, GA  30340                     D/Docket #:  27231
                                                                        Analyst:  JC

Global Connection Inc. of Alabama                    Alabama Tariff No. 2
Local Exchange Services Tariff                       Original Page No. 10

# SECTION 2 – RULES AND REGULATIONS, CONT.

### 2.3    Use

Services provided under this tariff may be used for any lawful purpose for
which the service is technically suited.

### 2.4    Liabilities of the Company

2.4.1  GLOBAL's liability for damages arising out of mistakes,
interruptions, omissions, delays, errors, or defects in transmission
which occur in the course of furnishing service or facilities, in no
event shall exceed an amount equivalent to the proportionate charge
to the customer for the period during which the faults in transmission
occur.

2.4.2  GLOBAL shall not be liable for claim or loss, expense or damage
(including indirect, special or consequential damage), for any
interruption, delay, error, omission, or defect in any service, facility,
or transmission provided under this tariff, if caused by any person or
entity other than GLOBAL, by any malfunction of any service or
facility provided by any other carrier, by an act of God, fire, war,
civil disturbance, or act of government, or by any other cause beyond
the GLOBAL 's direct control.

2.4.3  GLOBAL shall not be liable for, and shall be fully indemnified and
held harmless by the Customer against any claim or loss, expense, or
damage (including indirect, special or consequential damage) for
defamation, libel, slander, invasion, infringement of copy-right or
patent, unauthorized use of trademark, trade name, or service mark,
unfair competition, interference with or misappropriation or violation
of any contract, proprietary or creative right, or any other injury to
any person, property or entity arising out of the material, data,
information, or other content revealed to, transmitted, or used

---

Issued: 02/07/02                                     Effective: 03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road          Date Approved: 03/15/02
                        Atlanta, GA  30340               D/Docket #: 27231
                                                         Analyst:  JC

## SECTION 2 – RULES AND REGULATIONS, CONT.

2.4.3   Liabilities of Company, cont.

by GLOBAL under this tariff; or for any act or omission of the Customer; or for any personal injury or death of any person caused directly or indirectly by the installation, maintenance, location, condition, operation, failure, presence, use or removal of equipment or wiring provided by GLOBAL, if not directly caused by negligence of GLOBAL.

2.4.4   No agent or employee of any other carrier shall be deemed to be an agent or employee of GLOBAL.

2.4.5   GLOBAL shall not be liable for any defacement of or damages to the premises of a Customer resulting from the furnishing of service, which is not the direct result of GLOBAL negligence.

2.5   Deposits

GLOBAL does not require a deposit from the Customer.

2.6   Payment for Service

2.6.1   The customer is responsible for all charges for services and furnished to the Customer or to an authorized user of the Customer by. All charges due by the Customer are payable to GLOBAL or to GLOBAL's authorized billing agent. Terms of payment shall be according to the rules and regulations of the billing agent and subject to the rules of regulatory agencies, including the commission.

2.6.2   Customer must prepay each month for all services rendered. The customer must prepay the applicable installation charge and the first months local exchange service charge before service begins. In each subsequent month the customer will be sent invoice by the US postal service no later than the 20 days before the delinquent date.

---

Issued: 02/07/02                                          Effective:  03/15/02

Issued by:                          Houssam Abdallah, President
                                        3957 Pleasantdale Road
                                          Atlanta, GA  30340

**Date Approved: 03/15/02**
**D/Docket #: 27231**
**Analyst: JC**

Global Connection Inc. of Alabama
Local Exchange Services Tariff

Alabama Tariff No. 2
Original Page No. 12

## SECTION 2 – RULES AND REGULATIONS, CONT.

2.6   Payment of Service, cont.

   2.6.3  If service is suspended and the customer restores service, the
          customer is required to pay a $30.00 restoration fee and any
          remaining balance.

   2.6.4  If service is disconnected and the customer reinstates service, the
          customer is required to pay a $30.00 reconnection fee and any
          remaining balance.

2.7   Taxes

   All federal, state and local taxes (including, but not limited to, franchise
   fees, excise tax, sales tax, municipal utilities tax, education taxes, 911 fees,
   and FCC charges) are listed as separate line items and are not included in
   the quoted rates.

2.8   Terminal Equipment

   The service provided by GLOBAL may be used with or terminated in
   Customer provided terminal equipment or Customer provided
   communications systems, such as a PBX, key systems or Pay telephone.
   Such terminal equipment shall be furnished and maintained at the expense
   of the Customer, except as otherwise provided.   The Customer is
   responsible for all costs at his or her premises, including personnel, wiring,
   electrical power, and the like incurred in the use of the GLOBAL's service.
   When such terminal equipment is used, the equipment shall comply with the
   generally accepted minimum protective criteria standards of the
   telecommunications industry as endorsed by the Federal Communications
   Commission.

2.9   Installation and Termination

   Service is installed upon mutual agreement between the Customer and
   GLOBAL. The agreement will determine terms and conditions of
   installation, termination of service, and conditions of installation, any
   applicable sales commission structure, and sales commission payment
   schedule.  The service agreement does not alter rates specified in this tariff.

---

Issued: 02/07/02                                    Effective:  03/15/02

Issued by:               Houssam Abdallah, President
                         3957 Pleasantdale Road
                         Atlanta, GA  30340

Date Approved: 03/15/02
D/Docket #:  27231
Analyst:  JC

## SECTION 2 – RULES AND REGULATIONS, CONT.

### 2.10    Other Rules

2.10.1    GLOBAL reserves the right to refuse to process Credit Card or Calling Card billed calls when authorization for use of the card cannot be validated.

2.10.2    GLOBAL reserves the right to discontinue service, limit service, or to impose requirements on Subscribers as required to meet changing regulatory rules and standards of the Alabama Public Service Commission.

### 2.11    Cancellation by the Customer

When a customer desires to have his service terminated, he must notify GLOBAL, either orally or in writing.    *I did that*

### 2.12    Interconnections

Service furnished by GLOBAL may be connected with the services or facilities of other carriers or enhanced service providers. The Customer is responsible for all charges billed by these entities for use in Connection with GLOBAL's service.   Any special interface equipment or facilities necessary to achieve compatibility between these entities is the responsibility of the customer.  Neither GLOBAL nor any interconnections carrier participation in a service shall be liable for any act or omission of any other company furnishing a portion of such service.

### 2.13    Refusal or Discontinuance by Company

GLOBAL mails the Customer a statement at least 20 days prior to the delinquent date.  The due date is clearly indicated on the statement.  The statement also includes a Notice to the Customer that service may be disconnected 5 days after the due date if payment is not made in full. GLOBAL reserves the right to suspend customers rather than disconnect the customer depending upon the circumstances.   GLOBAL may suspend, refuse or discontinue service under the following conditions:

---

Issued: 02/07/02                                                 Effective:  03/15/02

Issued by:                        Houssam Abdallah, President
                                      3957 Pleasantdale Road          Date Approved:  03/15/02
                                      Atlanta, GA  30340               D/Docket #:  27231
                                                                                  Analyst:  JC

Global Connection Inc. of Alabama
Local Exchange Services Tariff

Alabama Tariff No. 2
Original Page No. 18

## SECTION 2 – RULES AND REGULATIONS, CONT.

### 2.23 Access to Telephone Relay Services

Where required by the Commission, GLOBAL will participate in telephone relay services for handicapped and/or hearing-impaired end users, and will comply with all applicable regulations and requirements as specified by the Alabama Public Service Commission. GLOBAL may impose any monthly surcharge or any other applicable related charge upon its local service subscribers as may be allowed by state law.

### 2.24 Access to Carrier of Choice

End users of GLOBAL'S local service shall have the right to select the Long Distance Service Provider of their choice. The LDSP should request confirmation/verifications of choice from its customers no later than the date of submission of its first bill to the customer. The LDSP should maintain signed letters of agency or confirmations of choice on file for use in dispute resolution.

*provided by Global Connections*
*100 Free min. and 5.9¢ per min.*
*For Drafted Credit Card*
*For any additional minutes . . . . .*

### 2.25 Directory listings

2.25.1 The Company does not publish a directory of subscriber listings. The Company, however, does allow for the customer's main billing number to be placed in the directory or directories of the dominant local exchange carrier in their area.

2.25.2 The regulations specified herein for directory listings apply only to the alphabetical section of the directory. Listings are intended solely for the purpose of identifying subscriber's telephone number and as an aid to use of telephone service.

2.25.3 In accepting listings as requested by subscribers, GLOBAL will not be a party to controversies between subscribers and directory publishers as a result of the publication of such listings in the directories.

---

Issued: 02/07/02                                     Effective: 03/15/02

Issued by:                     Houssam Abdallah, President
                               3957 Pleasantdale Road
                               Atlanta, GA  30340

Date Approved: 03/15/02
D/Docket #: 27231
Analyst: JC

## SECTION 4 – RATES

**4.1**    **Service Offerings on a Prepaid Basis**

Basic Touch Tone Service  (per month)        $45.00 (plus applicable tax)

Extended Area Service (per month)            $60.00 (plus applicable tax)
   (Extended Area Service, USOC AR7
   provides customers an additional 40 mile
   radius to the basic local calling area)

**4.2**    **Installation**

Installation (one time fee)                  $30.00 (plus applicable tax)

Reinstallation within 30 days                $30.00 (plus applicable tax)
of disconnection.

**4.3**    **Custom Calling Services**                      Monthly rate:

| | |
|---|---|
| Call Forwarding Variable | $5.00 |
| Call Waiting | $5.00 |
| Customer Control of Call Forwarding Don't Answer | $5.00 |
| 3 Way Calling | $5.00 |
| Call Block | $5.00 |
| Call Return | $5.00 |
| Call Selector | $5.00 |
| Call Tracing | $5.00 |
| Repeat Dialing | $5.00 |
| Memory Call | $10.00 |
| Caller ID Deluxe | $10.00 |
| Non Published Number | $5.00 |
| Inside Wire Maintenance | $5.00 |
| Call Waiting Deluxe | $6.00 |
| Ringmaster I | $20.00 |
| Anonymous Call Rejection | $5.00 |

---

Issued: 02/07/02                                Effective:  03/15/02

Issued by:              Houssam Abdallah, President
                        3957 Pleasantdale Road
                        Atlanta, GA  30340            Date Approved:  03/15/02
                                                      D/Docket #:  27231
                                                      Analyst:  JC

Global Connection Inc. of Alabama
Local Exchange Services Tariff

Alabama Tariff No. 2
Original Page No. 24

## SECTION 6 – SERVICE AREA

6.1    Service Area

GLOBAL will serve all areas of Alabama which are serviced by an Incumbent Local Exchange Service provider for which GLOBAL has a resale agreement.

Issued: 02/07/02

Effective:  03/15/02

Issued by:

Houssam Abdallah, President
3957 Pleasantdale Road
Atlanta, GA  30340

Date Approved:  03/15/02
D/Docket #:  27231
Analyst:  JC