**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | Case Number: |
| Plaintiff | ) | |
| | ) | 3:07-CV-042-MEF |
| v. | ) | |
| | ) | |
| GLOBAL CONNECTION INC. OF AMERICA, | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants and files this their Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure. Said Defendants hereby move this Court to grant unto them Summary Judgment with respect to all claims against them. Summary Judgment is appropriate because Plaintiff has failed to establish a genuine issue as to any material fact and Defendants are entitled to Summary Judgment as a matter of law. This Motion is based upon the following:

1. Pleadings filed in this case;

2. Memorandum Brief in Support of this Motion filed contemporaneously herewith;

3. Statement of Facts contained in the Memorandum Brief in Support of Defendants' Motion for Summary Judgment; and

4. Evidentiary Materials filed in Support of Defendants' Motion.

WHEREFORE, premises considered, Defendants respectfully request this Court to grant Summary Judgment unto them and against the Plaintiff with respect to all of Plaintiff's claims.

This 31st day of January, 2008.

MCKOON & ASSOCIATES

*/s/Joshua R. McKoon*

By:_____

       Joshua R. McKoon
       State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

## CERTIFICATE OF SERVICE

Counsel for the Defendant has this day served the foregoing on the Plaintiff via First Class Mail at the following address:

Alonzo Austin
1321 Oliver Carus Road
Tuskegee, Alabama 36083

This 31st day of January, 2008.

*/s/Joshua R. McKoon*

Counsel for Defendant