IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-0042-MEF |
| | ) | |
| GLOBAL CONNECTION, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

Upon of review of *Defendants' Motion for Summary Judgment* and the supporting brief (Docs. 57-58, filed February 1, 2008), it is hereby

**ORDERED** that the motion be submitted without oral argument on **February 29, 2008.**

It is further **ORDERED** that the Plaintiff, Alonzo Austin, file a response which shall include a brief and evidentiary materials on or before **February 22, 2008**. Defendants may file a reply brief on or before **February 29, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

     1. The *pro se* Plaintiff is advised that if he fails to file *any* response, the court will proceed to decide on the merits of Defendants' motion without the benefit of his response.

     2. Failure to follow the requirements of this Order in responding to the Defendants' motion may result in the entry of a final judgment in Defendants' favor without any trial.

     DONE this 1st day of February, 2008.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE