IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Upon of review of *Plaintiff [sic] Motion for Summary Judgment* and the supporting brief (Doc. 61, filed January 31, 2008), it is hereby

**ORDERED** that the motion be submitted without oral argument on **February 29, 2008.**

It is further **ORDERED** that Defendants file a response which shall include a brief and evidentiary materials on or before **February 22, 2008**. Plaintiff may file a reply brief on or before **February 29, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 4th day of February, 2008.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE