IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 FEB 13 P 2:5[?]
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| ALONZO AUSTIN<br>Plaintiff<br>V.<br>GLOBAL CONNECTION INC.<br>OF AMERICA et.al.<br>Defendants | CASE Number<br>3:07-CV-042 MEF<br>V/a Certified mail |
|---|---|

## PLAINTIFF OBJECTION AND MOTION TO STRIKE

Now comes Plaintiff, ALONZO AUSTIN, and hereby objects to Defendants, GLOBAL CONNECTION INC. OF AMERICA et.al., "Motion for Summary Judgment" (Doc. # 57-58 on February 1, 2008, and the documents annexed thereto for the reasons that:

(1) Defendants failed to properly obtain Leave of Court for enlargement of time to file their "Motion for Summary Judgment" (Doc. 57-58 filed on February 1, 2008, in accordance with Federal Rule of Civil Procedure 6(b).

(2) Plaintiff further submits that it is being unfairly prejudiced by the untimely submission of these documents by Defendants

Inasmuch as Plaintiff, was already operating under a Court imposed deadline to submit its Dispositive Motion, with accompanying brief by January 31st, 2008, (See: Section 3 (Doc.#54-1) (a) Given the fact that Defendant's, "Motion for Summary Judgment" (Doc #57-58, filed on February 1st, 2008, was untimely filed said documents are irrelevant, and therefore, are inadmissable as evidence Evid. R. 402.

THEREFORE, Plaintiff, respectfully moves this honorable Court for the entry of an order striking these documents from the record, and further, request that same not be otherwise considered by this Court in Ruling upon the within matter.

Respectfully Submitted,

Alonzo Austin

Alonzo Austin Pro Se

ALONZO AUSTIN
1321 River-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

Via Certified Mail

CERTIFICATE OF SERVICE

I do hereby Certify that I have Served a copy of the foregoing documents upon.

GLOBAL CONNECTION INC. OF AMERICA et al,
C/O MCKOON AND ASSOCIATES
P.O. Box 3220
Phenix City, AL 36868-3220
The Defendants, by placing same in the U.S. mail, postage prepaid on this the 13th day of February, 2008.

by: Alonzo Austin pro se
ALONZO AUSTIN
1321 River-Cailis Rd.
Tuskegee, AL 36083
Ph # (334) 727-5476

1 OF 1

## "NOTICE"

February 13, 2008
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph#(334) 727-5476 or Fax#(334) 727-2159


MCKOON & ASSOCIATES
    ATTORNEY AT LAW
    P.O. Box 3220
Phenix City, AL. 36868-3220
(334) 297-2300 or FAX#(334) 297-2777


Dear Mr. McKoon
Re: ALONZO AUSTIN V. GLOBAL CONNECTION INC.
    OF AMERICA et, AL. IN THE UNITED STATES
    DISTRICT COURT, FOR THE MIDDLE DISTRICT
    OF ALABAMA, EASTERN DIVISION.
    CASE Number, 3:07-CV-042.

Pursuant to Document #54-1, 12/18/2007, the Amended Scheduling Order, Section 4 Settlement, both parties you and I are to conduct a Second Settlement conference and further more, we may conduct same telephonically. With respect to same please contact me today or tomorrow by either telephone or Facsimile to schedule said conference. I am also filing a copy of this letter today with the Court. Sincerely, Alonzo Austin