IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-0042-MEF |
| | ) |
| GLOBAL CONNECTION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pending before the Court is *Plaintiff [sic] Objection and Motion to Strike* (Doc. 64, filed February 13, 2008). In his pleading, Plaintiff moves the Court to strike Defendants' Motion for Summary Judgement and Brief in Support (Docs. 57-58, filed February 1, 2008). Plaintiff asserts Defendants failed to obtain leave of court for the enlargement of time to file the motion. However, counsel for the defense contacted the Court prior to filing the motion to advise the court of technical difficulties, and the Court gave its permission for Defendants to file the motion and brief on February 1, 2008 by noon. As such, Plaintiff's Motion to Strike the Motion for Summary Judgment (Doc. 64) is **DENIED**.

DONE this 15th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE