IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  3:07-cv-0042-MEF |
| | ) | WO |
| SAM ABDALLAH, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #68) to the Recommendation of the Magistrate Judge filed on March 17, 2008 is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #67) entered on March 5, 2008 is ADOPTED;

3.  The plaintiff's motion for summary judgment (Doc. #61) is DENIED.

4.  The defendants' motion for summary judgment (Doc. #57) is GRANTED and this case is DISMISSED with prejudice.

DONE this 31st day of March, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE