1 OF 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 APR -9 P 4:28

| | |
|---|---|
| ALONZO AUSTIN<br>Plaintiff<br>V.<br>GLOBAL CONNECTION INC.<br>OF AMERICA et, al.<br>Defendants | CASE NUMBER<br>3:07-CV-042-MEF |

## PLAINTIFF'S MOTION FOR NEW TRIAL AND TO AMEND JUDGMENT, F.R.C.P. 59

COMES NOW, Plaintiff, ALONZO AUSTIN, and respectfully moves this HONORABLE Court to Consider its instant Motion for a New trial and cites as its grounds.

(1) That the Defendants. Global Connection Inc. of America and Global Connection Inc. of Alabama do Not Contest personal Jurisdiction or Venue and as Such the above Named parties Should remain in this Law Suit. Given the fact that the Defendants untimely filed Motion For Summary Judgment and its Supportive Briefs,

(DOCS. 57-58 Filed February 1, 2008) were the basis for the Courts granting Same and denying Plaintiff's Motion for Summary Judgment timely filed on (January 31, 2008. DOC. 61)., and (2) Document #:54-1 Date Filed 12/18/07, Page 1, <u>AMENDED SCHEDULING ORDER</u>, <u>SECTION 3: DISPOSITIVE MOTIONS</u>., reads any dispositive motions, i.e., motions to DISMISS or motions for Summary Judgment, shall be filed by January 31, 2008., and finally (3), for the record Neither Defendants Global Connection INC. of America, Nor Global Connection INC. of Alabama, are Long Distance Phone Service Providers and as such they knew when they Promised Plaintiff, 100 Free Long Distance Minutes for the Drafting of its Credit Card Account they could Not deliver upon that Promise within the State of Alabama, which resulted in the Fraud and inducement Claim within, pursuant to F.R.C.P. 9(b), and with wire Fraud, after Defendants, drafted Plaintiff, Credit Card on the 6th of January 2006, after Plaintiff terminated agreement with Defendants after its New Contractual agreement earlier on the 6th of January 2006, with freedom Communication U.S.A. See Exhibit "A" of Record evidencing Plaintiff, Pay $70.38 ᵒᵒ, For New Phone Service.

and the Mail Fraud Claim Count was after Plaintiff received a Check # 12577 date 1/12/2006 From Global Connection INC. of America, offering No Accountability, See exhibit "B" of record

(4.) THE LAW

Federal Rule of Civil Procedure 59. Provides in part. On a Motion for a New Trial in an action tried without a Jury, the Court may open the Judgment if one has been entered, take additional testimony, amend findings of facts and Conclusions of Law or make New findings and Conclusions, and direct the entry of a New Judgment. And, under 59(e) any Motion to alter or Amend a Judgment Shall be filed no later than 10 days after entry of Judgment.

(5.) CONCLUSION

For all of the foregoing reason Plaintiff Prays that its Instant Motion be granted.

Alonzo Austin Pro Se

Respectfully Submitted,

by, Alonzo Austin Pro Se

Alonzo Austin, Pro Se
by: Alonzo Austin, Pro Se
Alonzo Austin
1321 Oliver Carlis Rd.
Tuskegee, AL. 36083
Ph.# (334) 727-5476

Via Certified Mail

## CERTIFICATE OF SERVICE

I Do hereby Certify that I have Served upon the Defendants'

Global Connection of America, et.al,
% McKoon and Associates
P.O. Box 3220
Phenix City AL. 36868-3220

A Copy of the foregoing Documents by placing Same in the U.S. Mail postage prepaid on this the 9th Day of April, 2008.

Alonzo Austin, Pro Se
by: Alonzo Austin, Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL, 36083
Ph.# (334) 727-5476