IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-42-MEF |
| | ) | |
| SAM ABDALLAH, *et al.*, | ) | (WO- Do Not Publish) |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for New Trial and Motion to Amend Judgment (Doc. #71) filed on April 9, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 10th day of April, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE