UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

RECEIVED
2008 APR 29 P 1:15
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN )
Plaintiff, )
)
vs. )  CIVIL ACTION NO. 3:07-CV-042 MEF
)
GLOBAL CONNECTION )
OF AMERICA et, al. )
Defendant. )

NOTICE OF APPEAL

Notice is hereby given that ALONZO AUSTIN above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the FINAL JUDGMENT entered in this action on the 31st day of March, 2008

Alonzo Austin, pro se
Signature

APRIL 29, 2008
Date of Signature

1321 Oliver-Carus Rd.
Tuskegee, AL. 36085
Address