```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004888
Cashier ID: khaynes
Transaction Date: 04/29/2008
Payer Name: ALONZO AUSTIN
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ALONZO AUSTIN
 Case/Party: D-ALM-3-07-CV-000042-001
 Amount:         $455.00
------------------------------------
CASH
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

3:07-cv-00042-MEF-TFM


Austin v. Global Connection, et
al(MAG+)
```