1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE MIDDLE DISTRICT OF ALABAMA
 3                           EASTERN DIVISION
 4
 5    ALONZO AUSTIN,
 6         Plaintiff,
 7    vs.                          CASE NO.: 3:07-cv-042-MEF
 8    GLOBAL CONNECTION, INC., et al.,
 9         Defendant.
10                   *  *  *  *  *  *  *  *  *  *  *  *
11                  HEARING ON SETTLEMENT CONFERENCE
12                   *  *  *  *  *  *  *  *  *  *  *  *
13          BEFORE THE HONORABLE TERRY F. MOORER, UNIQUE STATES
14      MAGISTRATE JUDGE, at Montgomery, Alabama, on December 14,
15      2007, commencing at 8:54 a.m.
16                              APPEARANCES
17   FOR THE PLAINTIFF:       Pro se (via telephone)
                              Mr. Alonzo Austin
18                            1321 Oliver Carlis Road
                              Tuskegee, AL  36083-3739
19
20   FOR THE DEFENDANT:       Mr. Joshua R. McKoon (via telephone)
                              MCKOON, THOMAS & MCKOON
21                            925 Broad Street
                              Post Office Box 3220
22                            Phenix City, AL  36868-3220
23
24         Proceedings recorded by digital sound recording;
25      transcript produced by stenography and computer.
```

PATRICIA G. STARKIE, RDR, CRR, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, MONTGOMERY, AL 36104   334-262-1221

```
 1      (The following proceedings were heard before the Honorable
 2  Terry F. Moorer, United States Magistrate Judge, at Montgomery,
 3  Alabama, on December 14, 2007, commencing at 8:54 a.m.:)
 4      THE COURT:  ... concerning the notice concerning settlement
 5  conference and mediation.  Gentlemen, I called this hearing
 6  because, as you know, the order required you to have a
 7  face-to-face settlement conference, and I found that the -- from
 8  reading each of your responses that both of you basically
 9  indicated that you had not gotten together to do that task.  And
10  I wanted to hear you, first from the plaintiffs, as to why you
11  have not done the face-to-face settlement conference as
12  required.  Mr. Austin?
13          MR. AUSTIN:  May I respond, Judge?
14          THE COURT:  Yes.  I'm calling on you, Mr. Austin.
15          MR. AUSTIN:  Okay.  Frankly, Your Honor, I apologize.
16  And frankly, I just failed to do so.
17          THE COURT:  Well, that's a very important part of the
18  proceedings, gentlemen.  Inasmuch as to the extent that cases
19  may somehow be resolved, I'm going to ask that y'all do that.
20  Today --
21          MR. MCKOON:  Yes, Your Honor.
22          THE COURT:  -- is the 14th --
23          MR. MCKOON:  Would you like us to do that
24  telephonically, or I can -- I can go to Mr. Austin if the Court
25  wants me to.
```

```
 1          THE COURT:  I would prefer that it be done face to face
 2  so that we can get this done if necessary.
 3          MR. MCKOON:  Yes, sir.
 4          MR. AUSTIN:  Your Honor, if I may.  Excuse me.  Your
 5  voice is -- I'm finding it difficult to pick you up audibly.  Is
 6  there any way you can elevate the volume?
 7          THE COURT:  Yes, Mr. Austin.  What I said was that
 8  counsel for Global Connection -- that Global Connection could
 9  meet with you in person, and that I prefer that you meet in
10  person.
11          MR. AUSTIN:  Yes, sir.
12          THE COURT:  So I'm going to -- I'm looking at my
13  calendar and suggest that you meet next week.  I will leave it
14  to you if -- to right now confer, and let me know what day
15  you're going to meet.
16          MR. AUSTIN:  Well, I can do it today if it's okay
17  with -- if it's okay with defendant's counsel McKoon.
18          MR. MCKOON:  Mr. Austin, the only thing I have on my
19  calendar, I do have an appointment coming into my office in
20  about an hour.  I anticipate I'm going to spend about an hour
21  with that client.
22          MR. AUSTIN:  Okay.
23          MR. MCKOON:  So I could probably -- I could meet you at
24  one o'clock if you'll tell me a convenient place for us to
25  meet.  I mean, obviously, my office is available, but that's a
```

1  pretty good drive from Tuskegee, so I'll be happy to come to
2  you.
3          MR. AUSTIN:  Well, if we may, if it's okay with the
4  court, and, of course, counsel, I've always suggested the public
5  library in Opelika.  I think that's a midway point.  And I still
6  would do that now if that's -- if that would comport with your
7  schedule.
8          MR. MCKOON:  That's fine with me.
9          THE COURT:  Okay.  And Mr. McKoon, is your office on
10 eastern time or central time?
11         MR. MCKOON:  I'm on eastern time, Your Honor, but when
12 I said one o'clock, I was referring to central time.
13         MR. AUSTIN:  Okay.
14         THE COURT:  And that's what I wanted to make sure of,
15 was that everybody had the same one o'clock in mind.
16         MR. AUSTIN:  Yes, sir.
17         THE COURT:  Okay.  Well, then -- and then I'll make the
18 report of your meeting and your settlement conference due on
19 this coming Tuesday.
20         MR. MCKOON:  Okay.
21         MR. AUSTIN:  Very good.
22         THE COURT:  Now, the other thing that is wrapped up in
23 this is that I've received the defendant's response to the
24 failure of Mr. Austin to comply with the discovery order.
25 Mr. Austin, from what I see in the motion, the defense responded

```
 1  to your request for discovery, and they have attempted on
 2  occasions to contact you to get the discovery to which they are
 3  entitled.
 4           MR. AUSTIN:  Your Honor, I -- I believe that is
 5  incorrect.  I've not received a response from the defendant at
 6  all.  As a matter of fact, I -- I sent my interrogatories on the
 7  8th of August '07, and I sent it out certified mail, and they
 8  have not responded there.  And I do have my certificate of
 9  receipt, and it was signed by Brittany Kelly.  And also, in
10  addition, I requested production of documents via Rule 34, and
11  I've not received those.  But I sent that -- sent those -- sent
12  both those -- sent both interrogatory requests as well as the
13  request for documents on the 8th of August of this year.  And of
14  course, it was signed by Brittany, but I've yet to get a
15  response from the defendant.  Now, I have nothing -- I have
16  received nothing from the defendant.
17           MR. MCKOON:  Your Honor --
18           THE COURT:  Hang on, Mr. McKoon.
19           Now, I'm looking at the motion that was filed.  Did you
20  get a copy of the motion, Mr. Austin?
21           MR. AUSTIN:  Which motion is that, Your Honor?
22           THE COURT:  It's document 46.  It's entitled
23  Defendant's Response to Court's Order to Show Cause Why the
24  Court Should Not Sanction For Failure to Comply With the
25  Discovery Order.
```

```
 1          MR. AUSTIN:  No -- no, sir, I do not have that.
 2          THE COURT:  Okay.  Well, in it Mr. McKoon represents
 3  that he received discovery requests from you on or about August
 4  the 10th of 2007.
 5          MR. AUSTIN:  Okay.
 6          THE COURT:  And he responds -- or alleges that he
 7  completed and sent responses to your discovery requests to you
 8  on September the 10th of 2007.
 9          MR. AUSTIN:  Your Honor, I do not -- I do not have
10  that.
11          THE COURT:  And I'm not --
12          MR. AUSTIN:  I never received it.
13          THE COURT:  I'm not saying that you do or you don't,
14  and I'm merely telling you what their response is, that they
15  have sent that.
16          MR. AUSTIN:  Yes, sir.  You know, this is my first time
17  hearing about this at all, and I --
18          THE COURT:  Well, and I don't know the reason for
19  that.  I'm going to take both of you at your word, that you have
20  sent it, and I'm going to take you at your word that you haven't
21  received it.  But perhaps that is something that y'all can
22  discuss during your meeting.  Because he also indicates that he
23  prepared and sent discovery requests to you on September the
24  17th of 2007, and he did not receive a response to that as of
25  October the 17th of 2007.
```

```
 1            MR. AUSTIN:  Again, Your Honor, I did not receive that.
 2            THE COURT:  Well --
 3            MR. AUSTIN:  I have not received anything from the
 4   defendant's counsel with respect to discovery.
 5            THE COURT:  Well, since y'all are going to have this
 6   meeting this afternoon --
 7            MR. AUSTIN:  Yes, sir.
 8            THE COURT:  And I'm just laying out for you what is
 9   said in their response.  Because it seems to me that since y'all
10   are going to be together at one o'clock today, this is a perfect
11   opportunity for the two of you to get together on these things.
12            MR. MCKOON:  Your Honor, again, I mean, we've -- we did
13   what we indicated that we did in our motion.
14            But what I will do, Mr. Austin, I'm going to bring you
15   copies --
16            MR. AUSTIN:  Please.  Because I've not received it.
17            MR. MCKOON:  -- of both our responses to your
18   discovery, our discovery request, and a separate letter that was
19   sent.  I'm going to just -- or I'll have copies of all of that,
20   and I'm going to put it in your hands when we meet at one
21   o'clock so there won't be any further confusion on that.
22            MR. AUSTIN:  Well, if I may, counsel, when did you mail
23   this out?
24            MR. MCKOON:  We mailed our discovery requests on
25   September the 17th, and we mailed a follow-up letter on October
```

```
 1  the 17th.
 2          MR. AUSTIN:  Okay.  Was that via certified mail?
 3          MR. MCKOON:  I'm not sure how my secretary prepared
 4  it.  I don't -- I'm looking at the file now.  I don't see a
 5  green card.
 6          MR. AUSTIN:  Okay.
 7          MR. MCKOON:  I mean, I know it was sent and she took
 8  care of it, so --
 9          MR. AUSTIN:  I did not receive it.
10          MR. MCKOON:  And I have no reason to doubt her.  But
11  like I said, I'll be happy to bring you copies of all that
12  information and perhaps -- you know, I'm certainly in a position
13  to negotiate and attempt to see if we can resolve this thing
14  today so we won't be spending any more of the Court's time on
15  this matter.  So I'm going to bring the discovery responses, our
16  discovery requests, and a separate letter to you at one o'clock
17  today, and I will also come prepared to have our good faith
18  mediation conference at that time.
19          MR. AUSTIN:  Okay.  Fair enough.
20          THE COURT:  Okay.  So why don't we do that?  And y'all
21  are supposed to report back -- did I say Tuesday?
22          MR. MCKOON:  Yes, sir, Your Honor.
23          THE COURT:  I'd like to have another conference call
24  Tuesday.
25          MR. MCKOON:  That's certainly fine by me.  I can be
```

```
 1  available any time the court requests.
 2          MR. AUSTIN:  Same here, Judge.
 3          THE COURT:  Nine o'clock on Tuesday.
 4          MR. MCKOON:  Okay.
 5          MR. AUSTIN:  Yes, sir.
 6          MR. MCKOON:  Thank you, Your Honor.
 7          THE COURT:  All right.
 8          MR. AUSTIN:  Thank you.
 9          THE COURT:  Court's adjourned.
10      (Proceedings concluded at 9:04 a.m.)
11                * * * * * * * * * * * * *
12             COURT REPORTER'S CERTIFICATE
13      I certify that the foregoing is a correct transcript
14  to the best of my ability from the official sound recording of
15  the proceedings in the above-entitled matter.
16          This 19th day of May, 2008.
17
18
                        /s/ Patricia G. Starkie
19                      Registered Diplomate Reporter
                        Certified Realtime Reporter
20                      Official Court Reporter
21
22
23
24
25
```